# EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. SA-17-CR-381-DAE |
| Plaintiff, | * | |
| | * | UNITED STATES DISTRICT JUDGE |
| v. | * | DAVID ALAN EZRA |
| | * | |
| CARLOS I. URESTI (1); | * | MAGISTRATE JUDGE |
| STANLEY P. BATES (2); and | * | HENRY J. BEMPORAD |
| GARY L. CAIN (3); | * | |
| | * | |
| Defendants | * | |

## AFFIDAVIT OF SENATOR CARLOS I. URESTI

Before me, a Notary Public, on this day personally appeared Senator Carlos I. Uresti, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he has executed this Affidavit for the purposes expressed therein.

Carlos I. Uresti, having been first duly sworn under oath, deposes and states as follows:

1. My name is Carlos I. Uresti. I am over 18 years of age, and I am of sound mind and capable of making this affidavit. The information and facts stated herein are within my personal knowledge. The facts herein are true and correct, and are within my personal knowledge.

2. I have read the Government's Motion to Disqualify Mikal Watts. In instructed my lawyer, Mikal Watts, to prepare a response in opposition to this motion. I have since read the document entitled "Defendant Carlos Uresti's Response to Motion to Disqualify Mikal Watts," and the attachments thereto. I authorized the filing of this response.

3. After reading "Defendant Carlos Uresti's Response to Motion to Disqualify Mikal Watts," I conferred with Mikal Watts, and he explained to me the advantages, disadvantages and

risks of having him represent me in this case, given his prior involvement representing Denise Cantu in her wrongful death case. I have considered those advantages, disadvantages and risks, and have instructed Mikal Watts to press forward as my trial counsel of record in this case.

4. In doing so, it was explained to me that while both my attorney and I agree that there is no conflict whatsoever, I would still need to waive any such conflict, whether it be actual or potential, major or minor, real or imagined. I hereby knowingly and voluntarily waive any such conflict, whether it be actual or potential, major or minor, real or imagined.

5. I certify and declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Carlos I. Uresti

SUBSCRIBED AND SWORN TO before me this 26 day of May 2017.

_____
Notary Public in and for the
State of Texas

NANCI LONGORIA
Notary's Printed Name:

09-28-2020
My commission expires:

[Notary Seal: NANCI LONGORIA, NOTARY PUBLIC, ID# 7746095, State of Texas, Comm. Exp. 09-28-2020]