UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. SA-17-CR-381-DAE |
| | * | |
| Plaintiff, | * | |
| | * | UNITED STATES DISTRICT JUDGE |
| v. | * | DAVID ALAN EZRA |
| | * | |
| CARLOS I. URESTI (1); | * | MAGISTRATE JUDGE |
| STANLEY P. BATES (2); and | * | HENRY J. BEMPORAD |
| GARY L. CAIN (3); | * | |
| | * | |
| Defendants. | * | |

### DEFENDANT CARLOS I. URESTI'S EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | SB to CU email Re Broker Agreement | | |
| 2 | SB to CU email – proposal for a capital Investor | | |
| 3 | CU to SB email - Uresti reviews and edits FW standard JVA. | | |
| 4 | Standard JVA email attachment to Ex. 3 | | |
| 5 | SB to CU, MA email Fwd fwll llc dep account bal summary | | |
| 6 | Chase Deposit Account Balance Summary - altered | | |
| 7 | CA to CU SB GC SS email Re FW Cecil Abrea FWLL NCND | | |
| 8 | SB to CU email 052114 FWLL Spot Selling Investment | | |
| 9 | MOU and FOUR WINDS changed document | | |
| 10 | FWLL Spot Selling Investment document | | |
| 11 | Sand & Silos proforma spreadsheet | | |
| 12 | KB to CU email 012815 Fwd- Delinquent Accounts | | |
| 13 | RT to GH CU HN email Items we discuss concerning Four Winds | | |

| | | | |
|---|---|---|---|
| 14 | SB to CU BL email EmFracExchange Sand Mine & Fourwinds Agreement signed | | |
| 15 | LJ to CU email escrow agreement | | |
| 16 | 2013 Texas Tribune Festival Energy Regulating audio file | | |
| 17 | 2014 Texas Tribune Festival Deconstructing the Boom energy regulating audio file | | |
| 18 | 2015 Texas Tribune Festival Is The Boom Over audio file | | |
| 19 | Canales and SB text messages | | |
| 20 | LJ and SB text messages | | |
| 21 | Cantu Text Extraction Report | | |
| 22 | AM and SB email Due Diligence Expense | | |
| 23 | SB to BL AM email 042414 Fwd FWLL, LLC. Operating Budget 5-2014 | | |
| 24 | Email attachment to Ex 23 FWLL Overhead and Operating Budget | | |
| 25 | Email attachment to Ex 14 Sand Supply Agreement with FracXchange document | | |
| 26 | Carlos Uresti Jr Grand Jury Transcript | | |
| 27 | CU to KB email Re Confidential minimum of $200 million funding | | |
| 28 | CU to RM email Re Thoughts & an Update | | |
| 29 | CU and MH Email 061616 FW carlos profit sharing.pdf | | |
| 30 | Email attachment to Ex 28 Carlos profit sharing spreadsheet | | |
| 31 | Four Winds Group, LLC Corporate Governing Documents | | |
| 32 | Advertisement for B&B Marketing | | |
| 33 | SB to AM email 050114 Re Initial Funding Request | | |
| 34 | Email attachment to Ex 33 FWLL, LLC 5-2014 Overhead spreadsheet | | |
| 35 | SB to CU email response to Ex 2 Basic Performa - FWLL, LLC. 30 50 Frac Sand Investment | | |

| | | | |
|---|---|---|---|
| 36 | CU to SB email FOURWINDS | | |
| 37 | SB to CU MA email Powerpoint Presentation FourWinds Logistics - SATX | | |
| 38 | 038_Email attachment to Ex 37 FourWinds Logistics - SATX powerpoint | | |
| 39 | SB CU email Response to Ex 37 Re FourWinds Logistics - SATX | | |
| 40 | SB to EN email fwll llc dep account bal summary | | |
| 41 | SB to EN email attachment to Ex 40 fwll llc dep account bal summary document | | |
| 42 | EN to SB B email Account Summary | | |
| 43 | Email attachment to Ex 42 fwll llc dep account bal summary document | | |
| 44 | SB to CU email JVA for FWL-DC | | |
| 45 | Email attachment to Ex 44 FWL-DC JV Agreement document | | |
| 46 | CU and SB email Re Broker Agreement | | |
| 47 | SB to CU email Proof of Funds FWLL & Excuted Escrow | | |
| 48 | CU to SB email Fwd JVA for FWL-DC | | |
| 49 | FourWinds Logistics Corporate Governing Documents | | |
| 50 | RS RP SB TR email FW Documents and Subpoena | | |
| 51 | Email attachment to Ex 50 Chase Deposit Account Summary 102114 | | |
| 52 | Email attachment to Ex 50 JPMorgan Chase Deposit Account Balance Summary | | |
| 53 | Email attachment to Ex 50 JP Morgan Chase Account Balance Summary | | |
| 54 | Email attachment to Ex 50 Chase Deposit Account Balance (0112) | | |
| 55 | Email attachment to Ex 50 Chase Deposit Account Balance 03042015 | | |
| 56 | Email attachment to Ex 50 Chase Deposit Account Balance | | |
| 57 | FWLL, LLC Corporate Governing Documents | | |

| | | | |
|---|---|---|---|
| 58 | Email attachment to Ex 47 McStay Proof of Funds - FWLL | | |
| 59 | DS to DN SB email Fwd Return of Escrow | | |
| 60 | DN to DS SB email Fwd Return of Escrow | | |
| 61 | Bates Military Experience document | | |
| 62 | Letter Copeland to Nelson | | |
| 63 | Julio Reyes document | | |
| 64 | DN to DS SB email Fwd RE Return of Escrow | | |
| 65 | DS SB email Fwd Return Calls | | |
| 66 | DC CU emails 120214 re Breakdown Report | | |
| 67 | Acct # 0402 Documents FWL SRT LLC Bank Records | | |
| 68 | FourWinds DC JVA signed | | |
| 69 | Email attachment to Ex 47 Proof of Funds Chase | | |
| 70 | FWLL-ZSV JVA | | |
| 71 | JVA - FW Maverick Sands | | |
| 72 | JVA - FW ZSV | | |
| 73 | JVA FWL-MX | | |
| 74 | SB Texts, Visual of Ex 19 | | |
| 75 | Bates military experience document | | |
| 76 | Bates Arrest document | | |
| 77 | DS SB emails Fwd_ Return Calls | | |
| 78 | Bank Records JP Morgan Chase FWLL Operating Account | | |
| 79 | Bank Records FWL-DC | | |
| 80 | Email attachment to Ex 47 FWLL Escrow and Disbursement Agreement | | |
| 81 | JVA - FWL-MAV | | |
| 82 | text messages EN 2014-2016 | | |
| 83 | Email attachment to Ex 47 FWLL-Executed Escrow Agreement.pdf | | |
| 84 | SB to MA CU email FWLL Spot Selling Investment | | |
| 85 | Email attachment to Ex. 84 FWLL Spot Selling Investment | | |

| 86 | SB to MA CU email FWLL Business Overview | | |
|---|---|---|---|
| 87 | Email attachment to Ex 86 FWLL Business Overview | | |
| 88 | SB to MA CU email Letter to Stream Realty | | |
| 89 | Email attachment to Ex 88 Letter to Stream Realty | | |
| 90 | Response to Ex 88 Re Letter to Stream Realty | | |
| 91 | EN to CU SB email FourWinds Logistics Documents | | |
| 92 | SB to RV email re Cease and Desist NOW FourWinds Logistics | | |
| 93 | Halliburton Memo E Angelle to Munster | | |
| 94 | CU to GC email Re Mexican banker charged in bilking is collared in S.A | | |
| 95 | CU to GC email Re Scanned image from MXC402SC | | |
| 96 | EN to CU email NCND & NCA | | |
| 97 | Email attachment to Ex 96 FWL-SATX NCND Blank | | |
| 98 | Email attachment to Ex 96 FWL-SATX Non Compete Blank | | |
| 99 | JVA between FWL-MX LLC and Impulsa International FWL LLC | | |
| 100 | 100_Referral Agreement Fourwinds Logistics Laredo, LLC and CU, MA and GH | | |
| 101 | FW MOU FLOWCHART 3 NEWCO Diagram | | |
| 102 | FW MOU FLOWCHART v2 NEWCO Diagram | | |
| 103 | EN to FWL employees email Frac Sand Fire Sale Ad | | |
| 104 | Email attachment to Ex 103 FWLL Frac Sand Sale image | | |
| 105 | EN to GC email Select Sand MOU (Millett) | | |
| 106 | Email attachment to Ex 106 FWLL Select Sands MOU | | |
| 107 | EN to GC email Psamathe MOU | | |

| | | | |
|---|---|---|---|
| 108 | Email attachment to Ex 107 Psamathe FWLL MOU 0130 | | |
| 109 | EN to GC email Re: MOU | | |
| 110 | FW MOU FLOWCHART.3 NEWCO Diagram | | |
| 111 | SB to HV GH CU MA FA email FourWinds Logistics, LLC. - Investor Package | | |
| 112 | Email attachment to Ex 111 FWL-DC JV Agreement | | |
| 113 | Email attachment to Ex 111 Deposit of escrow FWLL 5-2014 - Proof Of Deposit | | |
| 114 | Email attachment to Ex 111 Chase Proof of Funds - FWLL, LLC | | |
| 115 | Email attachment to Ex 111 ELC-Standard Escrow Agreement - Form (2) - WTF | | |
| 116 | RM CU JH email 073116 Re Thoughts & an Update | | |
| 117 | RM CU email 071916 RE Re Thoughs & an Update | | |
| 118 | Equity Liaison Company Acct No. 0373 Bank Record | | |
| 119 | Halliburton Daily Inventory Load out Report | | |
| 120 | Halliburton Daily Inventory Load out Report | | |
| 121 | CG to Halliburton email 031915 RE Load out update FWLL | | |
| 122 | CG to FourWinds employees emails 031115 Halliburton update | | |
| 123 | SB LJ texts 021315-110315 | | |
| 124 | FD 302 - re Uresti contacting FBI re fraud | | |
| 125 | FWL-DC Sand Breakdown document | | |
| 126 | Picture of FWLL "War Room" white board | | |
| 127 | Laura Jacobs Note | | |
| 128 | 84 Session Vetoes of Legislation 071615 document | | |
| 129 | 84th Texas Legislative Session Good for Oil, Gas and Eagle Ford SHALE Oil & Gas Business Magazine article | | |

| | | | |
|---|---|---|---|
| 130 | A World of Opportunity SHALE Oil & Gas Business article | | |
| 131 | Acct #2435 bank records FWL Operating Acct (Frost) | | |
| 132 | Acct # 7611 Deposits (Print 14, 18, 20-22, 25, 49, 59, 73) FWL Bank records | | |
| 133 | Acct # 7611 Deposits (Print 30-31, 40-41) FWL Bank records | | |
| 134 | Acct # 7611 Statements (Print 6, 10, 13, 17, 21, 25, 30, 36, 42) FWL Bank Records | | |
| 135 | Acct # 7611 Wires (Credits) FWL Bank Records | | |
| 136 | Bank Statement Metadata Screenshots | | |
| 137 | Canales Expert Report | | |
| 138 | Energy Update State Senator Carlos Uresti - Texas Senate District 19 website | | |
| 139 | article Drillers look to technology in quest for fuel - Houston Chronicle | | |
| 140 | article Eagle Ford Shale generated $87+ billion in economic output for Texas in 2013 | | |
| 141 | Energy Update State Senator Carlos Uresti - Texas Senate District 19 website | | |
| 142 | FWL-AMD Acct. 4190 Checks (Print 47) bank records | | |
| 143 | AM letter FWLL (2014-04-29) Initial Investment | | |
| 144 | FWLL (2014-05-23) $1,500 Bates purchase document | | |
| 145 | Financial Records of Repayment Bank Records | | |
| 146 | Four Winds Group Corporate Governing Documents | | |
| 147 | FWL Operating Acct 8761 (Chase) bank records | | |
| 148 | FWL Acct 9687 bank records | | |
| 149 | Frac Sand Demand on Fire in 2017 graphic | | |
| 150 | Gavel falls on a great session for Sen. Uresti- Sen. Uresti website | | |

| | | | |
|---|---|---|---|
| 151 | Governor's Small Business Forum to discuss opportunities in the Eagle Ford Shale article | | |
| 152 | Gravel road conversions offer wakeup call on transportation needs | | |
| 153 | Hunters Needed - State Senator Carlos Uresti website | | |
| 154 | In The Heart Of The Eagle Ford Shale, The Roads To Perdition-Sen Uresti website | | |
| 155 | In The Oil Patch Sen. Carlos Uresti (ep. 75) SHALE Oil & Gas Business Magazine article | | |
| 156 | In The Oil Patch/ Episode 22-Senator Carlos I. Uresti-SHALE Oil & Gas Business Magazine | | |
| 157 | In The Oil Patch/ Episode 35-Jason Isaac & Carlos Uresti-SHALE Oil & Gas Business Magazine | | |
| 158 | In The Oil Patch/ Episode 44-State of Energy 2015 (San Antonio)-SHALE Oil & Gas Business Magazine | | |
| 159 | In The Oil Patch/ Episode 8-Texas Senator Carlos Uresti-SHALE Oil & Gas Business Magazine | | |
| 160 | Innovation key to promise, challenges of Eagle Ford-Sen. Uresti website | | |
| 161 | Innovation will help achieve the promise, meet the challenges of the Eagle Ford Shale-Sen Uresti website | | |
| 162 | InterimReport84th State Legislature document | | |
| 163 | Issues-Sen. Uresti website | | |
| 164 | Laura Jacob's Resignation letter | | |
| 165 | Expert Jordan Graphics | | |
| 166 | LNG The Emergence of a New Global Market-SHALE Oil & Gas Business Magazine article | | |
| 167 | Legislative Reference Library-Legislators and Leaders-Committee information website | | |

| | | | |
|---|---|---|---|
| 168 | Loan Repayment Summary document | | |
| 169 | Expert Magarian Graphics | | |
| 170 | March 2013-Message from Senator Carlos Uresti-Eagle Pass Business Journal | | |
| 171 | Message From Carlos - October 2014 Sen. Uresti website | | |
| 172 | Message From Carlos - August 2015 Sen. Uresti website | | |
| 173 | Message From Carlos - December 2016 Sen. Uresti website | | |
| 174 | Mexico may let foreign companies enter its Eagle Ford next year-San Antonio Express-News article | | |
| 175 | Oil and Gas Update Sen. Uresti website | | |
| 176 | Plan to Convert Roads to Gravel Begins Despite Pushback-The Texas Tribune article | | |
| 177 | Policymakers Must Be Dynamic-SHALE Oil & Gas Business Magazine article | | |
| 178 | Senate passes Uresti's county roads bill-Sen. Uresti website | | |
| 179 | Senator Carlos I. Uresti presented Christmas gifts to local children and senior citizens-EPJ article | | |
| 180 | State Senator Carlos I. Uresti - Texas Senate District 19 - E-Newsletter for March 2012 | | |
| 181 | Battered county roads deserve an investment from the rainy day fund-Sen. Uresti email | | |
| 182 | DS to SB letter 022615 | | |
| 183 | Texas Gov. Approves $225M Fund For Eagle Ford Roads-Law360 article | | |
| 184 | CU GC Texts | | |
| 185 | Senator Uresti Commends Baker Hughes for Decision to Disclose-The Texas State Senate press release | | |
| 186 | Sen. Uresti appointed to the Energy Council-The Texas State Senate press release | | |

| 187 | The Texas State Senate- Press Items Senator Carlos I. Uresti website | | |
|---|---|---|---|
| 188 | The Texas State Senate-Senator Carlos Uresti District 19 website | | |
| 189 | Transportation Update-June 2014-Sen. Uresti website | | |
| 190 | US Energy Boom  More Than Just an Oil Story | | |
| 191 | Uresti Hurricane Harvey Relief press release | | |
| 192 | Uresti Iolta Acct. 7969 Bank Records | | |
| 193 | Uresti Marine Files | | |
| 194 | Uresti to Attend 2014 Texas Tribune Festival-Sen. Uresti website | | |
| 195 | Uresti NL2014 Capitol Update newsletter | | |
| 196 | AM to SB letter | | |
| 197 | Original Petition DC vs FWLL-SATX, FWLL, SB, SS | | |
| 198 | SS to CC letter | | |
| 199 | Uresti Personal Financial Statement 2014 correction 1 | | |
| 200 | Uresti Personal Financial Statement 2014 (2015) correction 2 | | |
| 201 | Uresti Personal Financial Statement 2014 (2015) correction 3 | | |
| 202 | Uresti Personal Financial Statement 2014 report org | | |
| 203 | Uresti Personal Financial Statement 2015 (2016) corrected | | |
| 204 | Uresti Personal Financial Statement 2016 report | | |
| 205 | CU and GC emails Re Scanned image from MX-C402SC | | |
| 206 | CU and GC emails Re: Mexican banker charged in bilking is collared in S.A. | | |
| 207 | LJ DC CU and GC emails Fwd Breakdown report | | |
| 208 | LJ DC CU and GC emails FW New | | |

| | breakdown | | |
|---|---|---|---|
| 209 | DC LJ CU emails Fwd Breakdown report | | |
| 210 | DC to CU LJ SB email Re Fwd Breakdown report-Response to Ex 209 | | |
| 211 | DC to LJ CU SB email Re Breakdown report | | |
| 212 | DC LJ CU emails Fwd: RE: Breakdown report-Response to Ex 211 | | |
| 213 | DC LJ CU emails Fwd-List of wire transfers completed 7-7 to 1-5-15 | | |
| 214 | DC to CU email Re FWLL | | |
| 215 | DC to CU email Re FWLL-Response to Ex 215 | | |
| 216 | DC to CU email The breakdown | | |
| 217 | MK to RT email Fwd Memo | | |
| 218 | Email attachment to Ex 217-Discussion Points Memo | | |
| 219 | LJ DC CU email | | |
| 220 | SB to DC email FWLL Business Overview | | |
| 221 | Email attachment to Ex 220 FWLL Business Overview document | | |
| 222 | email Untitled attachment 17388 | | |
| 223 | RT AW email Comprehensive Report Stan Bates | | |
| 224 | LJ DC CU GC email Fwd Breakdown report | | |
| 225 | LJ DC CU GC email 121314 re Breakdown report | | |
| 226 | CU AM email Fwd Four Winds Status CONFIDENTIAL | | |
| 227 | SB email Beauden Est-Sand Warehouses-4 winds | | |
| 228 | Email attachment to Ex 227 Beauden Est-Sand Warehouses-4 winds-042714 | | |
| 229 | SB to CU BL email EmFracExchange Sand Mine & FWL Agreement signed | | |
| 230 | Email attachment to Ex 229 Sand FWL Agreement signed all | | |
| 231 | SB to BL AM email FWLL Business Overview | | |

| | | | |
|---|---|---|---|
| 232 | Email attachment to Ex 231 FWLL Business Overview document | | |
| 233 | SB to CU email Basic Performa-FWLL LLC 30-50 Frac Sand Investment | | |
| 234 | SB to AM BL SS GH CU MA email ProForma Inc Statement-FWL-Silo Project | | |
| 235 | SB to CU MA SS JB LJ DT MP email Feature for FourWinds Magazine Article | | |
| 236 | CU email seekingalpha.com article | | |
| 237 | SB CU email Re Repayment of Investment | | |
| 238 | CU to SB email Fwd news clip - Eagle Ford Shale hits 1 billion barrels - SA Express-News | | |
| 239 | CU to SB SS email Fwd news clip-Focus on top spots to boost US oil output even as well permits | | |
| 240 | CU to SB email Fw Shocker of 2014 Oil at $60 a barrel | | |
| 241 | CU to SB email Fw Less drilling, but more production | | |
| 242 | SV to LJ CU CU jr email Re Disbursement authorizations | | |
| 243 | CU to SB SS GC Re news clip-Marathon Oil | | |
| 244 | CU SV LJ CUjr emails Re Scanned image from Four Winds Logistics | | |
| 245 | SS to Verghese CU email Escrow Agreement | | |
| 246 | SB to MA email Fwd FWLL, LLC-Proof of Fund | | |
| 247 | CU to RV HN SB GH HR email Fwd news clip-Traders Use Trucks, Trains to Ease West Texas Oil Glut-Bloomberg News | | |
| 248 | SB to CA CU email FWLL LLC Financials | | |
| 249 | LJ to SB DC CU MA email Sand Inventory and Investor breakdown | | |
| 250 | Email attachment to Ex 249 FWL DC 080514 | | |
| 251 | EN to CU SB email FW FourWinds Logistics documents | | |
| 252 | Email attachment to Ex 251 FWLL Business | | |

| | | | |
|---|---|---|---|
| | Overview document | | |
| 253 | SB to CU MA email FWL BOLs | | |
| 254 | CU to SB email FOURWINDS | | |
| 255 | CU to SB HN SV MA GH HR email Exciting phenomenal and awesome opportunities! | | |
| 256 | RS CG RS CU emails FW FWL LLC-Investor Package | | |
| 257 | CU AM email Fwd FWL Status-CONFIDENTIAL | | |
| 258 | CU to SB EN SS GC email FW news clip-Where the U.S. gets its domestic oil and gas | | |
| 259 | CU to HR email re MOU | | |
| 260 | SB to CU email Cost of Sand Breakdown at the Mine | | |
| 261 | GH to CU SB email re FOURWINDS LOGISTICS - PEMEX | | |
| 262 | SB to CU email Fwd Four Winds Cashed Check | | |
| 263 | SB to CU MA email Fwd-fwll llc dep account bal summary | | |
| 264 | SB to CU FWLL Spot Selling Investment | | |
| 265 | Email attachment to Ex 264 FWLL Spot Selling Investment | | |
| 266 | SB to GH MA CU email Fw_ ProForma Inc Statement - Silo Project | | |
| 267 | Email attachment to Ex 266 ProFormaIncStatementSiloProject2 | | |
| 268 | Email attachment to Ex 266 4 Winds Package | | |
| 269 | SB to CU DC MA email Fw FWL-DC MOU | | |
| 270 | Email attachment to Ex 269 MOU FWL-DC | | |
| 271 | HN to CU jr email Re disbursement | | |
| 272 | RM RT GC CU emails FW_ Order in Stan's Case | | |
| 273 | SB to CU GC email LOI Four Winds | | |
| 274 | CU SV SB CG GH email RE CC FWL-20-40 Cut Sand ISO Analysis | | |
| 275 | SS to CU SB EN JB email Frac Sand Demand to Increase 300% by 2016 - Yahoo7 Finance | | |

| | | | |
|---|---|---|---|
| | Australia | | |
| 276 | Email 122016 French to Copeland | | |
| 277 | Cantu Waive of Attorney Client Privilege | | |
| 278 | SB to GH CU MA email FWLL Business Overview Silo Facilities V.3 | | |
| 279 | Email attachment to Ex 278 FWLL Business Overview Silo Facilities V.3 | | |
| 280 | SB to CU email FWLL Investment Letter Overview | | |
| 281 | Email attachment to Ex 280 FWLL Investment Letter Overview | | |
| 282 | CU to AH email FW Power Point, Business Plan, & Pre Forma | | |
| 283 | SB to CU AM email FWLL JV Agreement (1) | | |
| 284 | Email attachment to Ex 283 FWLL JV Agreement (1) | | |
| 285 | SB to MA CU GH email FWLL Investment Letter Overview | | |
| 286 | Email attachment to Ex 285 FWLL Investment Letter Overview | | |
| 287 | SS to FracXchange SB CU email FW for review | | |
| 288 | SB to GH MA CU email Fw ProForma Inc Statement - Silo Project | | |
| 289 | Email attachment to Ex 288 Fw ProForma Inc Statement - Silo Project | | |
| 290 | Email attachment to Ex 288 4 Winds Package | | |
| 291 | SB to RV email Cease and Desist NOW FourWinds Logistics | | |
| 292 | SB to CU email BP-FWLL 30,000 ton 20-40 - 30-50-40-70 Mesh Sales Agreement | | |
| 293 | Email attachment to Ex 292 | | |
| 294 | SB to CU email BP - FWLL 65000 ton 100 Mesh Sales Agreement 6.20.14 signed agreement final version 2nd changes | | |
| 295 | Email attachment to Ex 294 | | |
| 296 | SB to CU MA GH email Fwd FourWinds- | | |

| | | | |
|---|---|---|---|
| | Trans Business Plan 2 of 2 | | |
| 297 | Email attachment to Ex 296 FourWinds - Trans Business Plan | | |
| 298 | Email attachment to Ex 296 ProForma Inc Statement - Silo Project | | |
| 299 | SB to CU email FWL.Sand.Silo-Stan | | |
| 300 | Email attachment to Ex 299 FWL.Sand.Silo-Stan | | |
| 301 | SB to CU email Cost of Sand Breakdown at the Mine | | |
| 302 | LJ to CU Email re payment Breakdown | | |
| 303 | CU fwd Ex 302 to himself FW Breakdown DC | | |
| 304 | CU email FW news clip-Web visitors can walk around a fracking site-FierceEnergy.com | | |
| 305 | FWLL Irasel Sands MOU V 2 Final document | | |
| 306 | CU jr SV email RE-disbursement7 | | |
| 307 | CU to MA email Fwd FWLL LLC Proof of Fund | | |
| 308 | Email attachment to Ex 246 Letter to Stream Realty | | |
| 309 | CU to SV HN HR SB GH email Fwd news clip-Traders Use Trucks | | |
| 310 | SB to CU Email Re: FOURWINDS | | |
| 311 | CA to SB email 110614 100% funding non recourse loan | | |
| 312 | CU to DC email Fwd News Clip U.S. crude output hits highest level in 28 years behind shale boom | | |
| 313 | CU to DC email Fwd FW news clip-UTSA Cline Shale could have $20 billion impact-SA Express-News | | |
| 314 | CU to DC email Fwd FW news clip-Eagle Ford helps U.S. oil exports hit highest level in 15 years | | |
| 315 | CU to DC email Fwd FW news clip-New distribution facility will hire 20 south of San | | |

| | | | |
|---|---|---|---|
| | Antonio | | |
| 316 | CU to DC email Fwd FW news clip-Sand for shale moving through San Antonio-SA Express-News | | |
| 317 | CU to DC email Fwd FW news clip-Texas, North Dakota tell happier shale tales than California | | |
| 318 | CU to DC email Fwd FW news clip-UTSA Cline Shale could have $20 billion impact | | |
| 319 | CU to DC email Fwd: FWL BOLs | | |
| 320 | Email attachment to Ex 319 FWL BOLs | | |
| 321 | DC to CU email Fwd GoFundMe for 'Nicole Cantu burial fund' | | |
| 322 | LJ CU DC email Fwd Halliburton | | |
| 323 | CU to DC email Fwd Anadarko 1,000 Eagle Ford wells and counting | | |
| 324 | CU to DC email Fwd Condos to hit auction block | | |
| 325 | CU to DC email Fwd Eagle Ford and Permian Basin tussle to dominate state oil ranking | | |
| 326 | CU to DC email Fwd Marathon sells overseas unit to hone focus on Eagle Ford | | |
| 327 | Email CU to DC Fwd Permian Basin's oil and gas activity continues to defy expectations | | |
| 328 | Email CU to DC Fwd Report 10 percent more Eagle Ford wells this year | | |
| 329 | Email CU to DC Fwd Sanchez doubles down on Eagle | | |
| 330 | Email CU to DC Fwd Shale's ethane bounty ignites petrochemical boom | | |
| 331 | Email CU to DC Fwd Oil futures choppy ahead of US crude stockpile data | | |
| 332 | Email DC to CU Fwd The son I'm allegedly harassing Ricky Olivarez | | |
| 333 | Photo RO 112214 | | |
| 334 | DC to CU email Fwd This is her mastermind | | |

| | | | |
|---|---|---|---|
| 335 | Text TT to DC 112014 | | |
| 336 | Text NT to VT 010415 | | |
| 337 | DC Record Report Giese | | |
| 338 | DC Harlingen Policy Report Summary | | |
| 339 | CU to RV email Fwd: FWL- Investor Package | | |
| 340 | CU to RV email Fwd: Proof of Funds FWLL & Excuted Escrow | | |
| 341 | CU to SS SB GC email Fwd news clip Oil tycoon Pickens predicts return to $100 a barrel | | |
| 342 | CU Marines Experience 1006 Visual Summary | | |
| 343 | JVA Authorized $640K in Operating Costs 1006 Visual Summary | | |
| 344 | Stan Bates FWLL Draws 1006 Visual Summary | | |
| 345 | CU Charity Service 1006 Visual Summary | | |
| 346 | CU Public Statements re Eagle Ford Shale 1006 Visual Summary | | |
| 347 | CU Efforts to Assist DC 1006 Visual Summary | | |
| 348 | FWL-SRT JVA-Source Ex 368 SB Fraud Timeline | | |
| 349 | Bond Multimedia Settlement Agr-Source Ex 368 SB Fraud Timeline | | |
| 350 | Cowboy Chevrolet v B&B Complaint-Source Ex 368 SB Fraud Timeline | | |
| 351 | Judgement Kingdom Chevrolet-Source Ex 368 SB Fraud Timeline | | |
| 352 | Judgment John D. Sauder Auto-Source Ex 368 SB Fraud Timeline | | |
| 353 | Judgment Jude Bond and Bond Mulimedia-Source Ex 368 SB Fraud Timeline | | |
| 354 | Kingdom Chevrolet v B&B Aff of Service-Source Ex 368 SB Fraud Timeline | | |
| 355 | Kingdom Chevrolet v B&B Complaint- | | |

| | | | |
|---|---|---|---|
| | Source Ex 368 SB Fraud Timeline | | |
| 356 | Petition (Dft Orig) Bates Energy v COFS-Source Ex 368 SB Fraud Timeline | | |
| 357 | Petition (Pltf Orig) Bates Energy v COFS-Source Ex 368 SB Fraud Timeline | | |
| 358 | Petition Caldwell-Baker v Bates, Bravo, Bates Energy-Source Ex 368 SB Fraud Timeline | | |
| 359 | Salacia v FWLL Order Staying | | |
| 360 | Salacia v FWLL Petition for Damages-Source Ex 368 SB Fraud Timeline | | |
| 361 | Sauder v B&B Complaint-Source Ex 368 SB Fraud Timeline | | |
| 362 | Suggestion of Bankruptcy for FWLL-Source Ex 368 SB Fraud Timeline | | |
| 363 | Bank Records MX Group SS part 2 | | |
| 364 | Bank Records MX Group SS part 1 | | |
| 365 | Bank Records JPMC FWL MAV Bank account info | | |
| 366 | Bank Records JPMC FWL TSL Bank account info | | |
| 367 | Bank Records JPMC FWL DC Bank account info | | |
| 368 | SB Fraud Timeline | | |
| 369 | CU Military Records | | |
| 370 | Text CU-RV | | |
| 371 | Text CU-JS | | |
| 372 | Text CU-MO | | |
| 373 | Cantu v. FWLL SATX POP to SB 052815 | | |
| 374 | Text CU SS SB GC | | |
| 375 | Hoyos SEC Attestation of Non-Registration | | |
| 376 | (FWL Bankruptcy) Aff. Brandy Houston | | |

| | | | |
|---|---|---|---|
| 377 | (FWL Bankruptcy) Aff. Guillermo Hoyos | | |
| 378 | (FWL Bankruptcy) Aff. Richard Thum | | |
| 379 | (FWL Bankruptcy) Aff. Shannon Smith | | |
| 380 | (FWL Bankruptcy) Mtn for Summary Judgement | | |
| 381 | 3 Additional Canceled Lewis Energy POs | | |
| 382 | 6.30.14 Balance Sheet (11_19_14) | | |
| 383 | SB to Edinger email sending Lewis Invoice | | |
| 384 | Advertisement for B&B Marketing | | |
| 385 | Aff. Denise Cantu | | |
| 386 | MA to CU emails FWLL Business Plan | | |
| 387 | MA to CU emails FWLL Hoyos Commission Agreement Broker Agreement FWLL Hoyos | | |
| 388 | Alonzo SEC Attestation of Non-Registration | | |
| 389 | Alonzo SSFCU Bank Account | | |
| 390 | SB to DS CU email JVA revised | | |
| 391 | SB to Sauder email Re: Feb 20-21-22 Mailer- B&B | | |
| 392 | Bates Bank Acct 7611 | | |
| 393 | SB to MA SS email Initial Funding Request | | |
| 394 | SB to CU e mail FW: Power Point, Business Plan, & Pre Forma - Investor Materials | | |
| 395 | SB to HN GH CU MA email FWL  Investor Package | | |
| 396 | Bates emails Uresti to call McStay | | |
| 397 | Bates FWL Pitch Excerpts Transcribed | | |

| | | | |
|---|---|---|---|
| 398 | Bates sending Bielman Cancelled Lewis Energy PO FR003848 | | |
| 399 | Bates sends FWLL Inventory Location & Address to Navarrete | | |
| 400 | Bates sends Navarrete and Swannie 4W Sand Inventory | | |
| 401 | Bohica Bank of America | | |
| 402 | CG to RT,RS email - Re: Involuntary Bankruptcy | | |
| 403 | BH to GC RS email – Re: Richards Money | | |
| 404 | SB to SS GC email Fwd: Accounting | | |
| 405 | RS to CG Ray email Documents in the FWLL Matter | | |
| 406 | RS to RT GC email – SB | | |
| 407 | Demand Letter from Valdez DC attorney | | |
| 408 | SV to GC SB email – Update | | |
| 409 | Canceled Lewis Energy P/O FR003848 | | |
| 410 | DC email to CU re Letters | | |
| 411 | DC agrees on CU commission | | |
| 412 | SB Frost account no. 520197378 checks | | |
| 413 | Promissory note Texas Silica Logistics 2.4 mil | | |
| 414 | MOU FWL- MAV | | |
| 415 | HN to DS email Fwd: Meeting with Stan | | |
| 416 | Bahanie to GH CU HN email Fwd: Opportunity | | |
| 417 | GH to CU email ConsejoSano por la salud deal Hispano | | |
| 418 | HN to CU email Re: Consultant Agreement | | |
| 419 | GH to CU email Guillermo Hoyos – Consejo Sano | | |

| 420 | GH to Enrique Guillermo Hoyos – Aqualuxus for Mexico | | |
| 421 | SB to DS email JV breakdown | | |
| 422 | AM to SB Investment in Sand Operation | | |
| 423 | SB to MA email Basic Performa – FWLL, LLC 30/50 Frac Sand Investment | | |
| 424 | SB to DS email Re: San Contract | | |
| 425 | CU to SB Re: JVA for FWL -DC | | |
| 426 | Letter from SB SS to AM – purchase contract of FracXchange | | |
| 427 | SB to AM email Re: Texas Silica JV | | |
| 428 | SB to DS email Re: Communications/Tightening up money flow | | |
| 429 | SB to MA email Re: 2040 sand order | | |
| 430 | CU to AM email Re: FW Logistics | | |
| 431 | SW to SB email Return of investment | | |
| 432 | SV to SB email – Regards | | |
| 433 | Certificate of Corporate Resolution Application SB SS | | |
| 434 | SB to HN SV email FWLL Inventory Location & Address | | |
| 435 | FWLL Bankruptcy petition | | |
| 436 | SV to SB email Re: Report of PO's of FW-Mx | | |
| 437 | SV to LJ email FW: Meeting | | |
| 438 | SV to LJ email Deposits | | |
| 439 | RT to LJ email - Re: K1 | | |
| 440 | SV to SB LJ email - Status | | |
| 441 | SV to WD email – Re: BS and IS | | |
| 442 | SV to LJ email – FW: Our income as out distribution last year | | |
| 443 | DC to LJ email – accounting | | |

| 444 | SV to LJ SB email – financial statements | | |
|---|---|---|---|
| 445 | LJ to SV email – RE: Information | | |
| 446 | LJ to SV SB HN email - RE: Info request | | |
| 447 | FWLL Gondola Cars spreadsheet | | |
| 448 | GH to CU email – RE: Exciting, phenomenal and awesome opportunities! | | |
| 449 | GH to CU email – Guillermo Hoyos – Fourwinds update | | |
| 450 | HN to HR CU SS SB email – Re Meeting.pdf | | |
| 451 | PY to CU email Fwd: carta sin attachments | | |
| 452 | CU to HR email – Re: FWLL - MX | | |
| 453 | CU to SV GH email - Re: CCFWL – 20-40 Cut Sand ISO Analysis | | |
| 454 | GH to SV email - Re: CCFWL – 20-40 Cut Sand ISO Analysis | | |
| 455 | GH to SB email – FW: Guillermo and Richard | | |
| 456 | SV to CU SB HR email – Re: JVA | | |
| 457 | Sales agreement Between MA & Petro & H2O Global Remediation LLC | | |
| 458 | RT to ST KB email – Fwd: FW – Capital Venture JVA (Uresti REDLINE revisions after revision by Hernando) | | |
| 459 | Four Winds Investment Time Line | | |
| 460 | RT to GH HN email – Items we discuss concerning Four Winds | | |
| 461 | MOU JVA between FLL and Impulsa International FW LLC | | |
| 462 | JVA FWL – MX LLC | | |
| 463 | RT to SB Letter – Re: Dissolution of JV | | |
| 464 | Chase Account no. 589558761 Balance Summary $ 2,400,000.00 | | |
| 465 | GH to CU email Guillermo Hoyos – Carlos Uresti | | |

| 466 | Impulsa PowerPoint | | |
|-----|--------------------|---|---|
| 467 | Escrow and Disbursement Agreement FWL- MAV LLC | | |
| 468 | CU Jr. to SV email- Disbursement | | |
| 469 | JD to CU email- Fw: Draft letter to DD | | |
| 470 | GH to CU email – Guillermo Hoyos – Proyecto Silos FWLL | | |
| 471 | SV to GC SB email – Re: Proposal | | |
| 472 | Letter to DC – Notice COO Shannon Smith Resignation | | |
| 473 | Email MA to CU - AM POF Letter | | |
| 474 | SB  to EN email – Re: Lewis Energy PO | | |
| 475 | JL to SB - Email canceling Lewis Energy Purchase Order FR003848 | | |
| 476 | GH to CU - Email Follow up from Consejo Sano meeting | | |
| 477 | GH to SV Email - RE: CC FWL - 20-40 Cut Sand ISO Analysis | | |
| 478 | GH to CU email - GUILLERMO HOYOS - FOURWINDS UPDATE | | |
| 479 | SB to AM email – Re: Need your help | | |
| 480 | SV to SB RT LJ email -  Chase MOVEMENTS resume of FW-MX | | |
| 481 | DS to SB email – Formal request | | |
| 482 | LJ to SV email - RE: Info request | | |
| 483 | GH to CU email - KH - Consorcio Impulsa. | | |
| 484 | Federal Docket- FWLL LLC vs Buffalo Proppants LLC et al | | |
| 485 | Financial Position of Shannon Smith as of | | |

| | | | |
|---|---|---|---|
| | May 1, 2015 | | |
| 486 | SB to RT email – Fw: Fourwinds Logistics, LLC. – Investor Package | | |
| 487 | FWL Notes- DC for operating | | |
| 488 | FWL-MX 2040 Investment Breakdown | | |
| 489 | FWL-SRT JVA | | |
| 490 | Gov't Chart of Lewis Energy Purchases | | |
| 491 | Gov't Summary Chart FWL to Bohica to Bates | | |
| 492 | SB to CU email - Proof of Funds FWLL & Excuted Escrow - Investor package | | |
| 493 | LJ to SV emails Sand Recap | | |
| 494 | LJ to RT email - sand and bank reports | | |
| 495 | LJ to RT email -  Report - SRT Sand Recap | | |
| 496 | LJ to SV email – Financials – 2014 Balance Sheet, Profit & Loss, Statement of Cash Flows | | |
| 497 | LJ to SV email – Financials -2015 Profit & Loss YTD, Statement of Cash Flows | | |
| 498 | LJ to SV email – Statement of cash flows JAN-MAR Balance Sheets | | |
| 499 | LJ to SV SB HN email – Re: Info request MAV MX SRT DC Sand Inventory | | |
| 500 | LJ to SV email Monthly balance sheet | | |
| 501 | SB to CU Re: Basic Performa - FWLL, LLC. 30/50 Frac Sand Investment | | |
| 502 | Lewis Energy PO given to Thum - FR003848 | | |
| 503 | Magic Barite-FWLL JVA | | |

| 504 | Memo meeting between SS and SB by GC | | |
|---|---|---|---|
| 505 | SB FourWinds Pitch to Potential Investors Recorded by GH mp3 slip sheet 1 | | |
| 506 | MX 2040 Agreement for Division of Assets and Indemnification | | |
| 507 | HN to CU GH email Fwd:comisiones - Newco Commissions Plan | | |
| 508 | HN to CU GH email Legal Memo of Consejo Sano | | |
| 509 | Ownership Schedule A | | |
| 510 | EN to GC email Purchase Order financing - Trinity Advertisement | | |
| 511 | Remove Smith from FWLL Chase Account | | |
| 512 | AM to SB email Repayment of Investment | | |
| 513 | AM to SB email FW: Return of Investment | | |
| 514 | Rosado Compliance Letter and record docs | | |
| 515 | GC to AM RP email FW: Texas Silica JV | | |
| 516 | DS to SB email Re: NOLA Inventory report: Wet sand – DS questions funding | | |
| 517 | SS Indictment | | |
| 518 | SS Plea Agreement | | |
| 519 | SS Sealed Addendum to Plea Agreement | | |
| 520 | SS to SB texts, April 10 - June 16, 2015 | | |
| 521 | Letter SS Removal from FWLL Frost Accounts | | |
| 522 | SB to GC email Fwd: Ref Weekly Recap/JVA – DS requests better accounting | | |

| | | | |
|---|---|---|---|
| 523 | Thum Civil Suit v FWLL | | |
| 524 | Thum Notes - Bad News no sales since 12-27-14 | | |
| 525 | TX SOS FWL-DC | | |
| 526 | CU to GC email Re: Four Winds CONFIDENTIAL - BP INVX lawsuit update to AM | | |
| 527 | SV to LJ SB email Info request - questions sand inventory | | |
| 528 | SV to LJ SB email Sand analysis with storage and demurrage fees - questions sand inventory | | |
| 529 | SV to LJ SB email FW: FW MX (for taxes purposes) - correct statements for taxes | | |
| 530 | ZSV TX SOS Cert of Formation | | |
| 531 | Bates executive employment agreement | | |
| 532 | Group text message SS, SB, CU, GC | | |
| 533 | SB to CA and SU email FWLL, LLC Financials - balance sheet and profit loss 2014 | | |
| 534 | LJ to SB DC CU MA email Sand Inventory and Investor breakdown | | |
| 535 | CU to RV email Fwd: Fourwinds Logistics – attached FWL business plan | | |
| 536 | FWL Gondola car spreadsheet | | |
| 537 | LJ to UC email Re: Breakdown of profit sharing | | |
| 538 | Chavira to Cain email TGF certificate of validation | | |

| | | | |
|---|---|---|---|
| 539 | SB to CU email FWL cashed Check – Van Den Bosch | | |
| 540 | LJ to CU email Re. Denise Cantu – breakdown | | |
| 541 | DC to CU email Promissory note (2k5)DC | | |
| 542 | SB to CU GC email  LOI FWL 9-18-14 | | |
| 543 | GH to CU email RE: Exciting, phenomenal and awesome opportunities! | | |
| 544 | CU to SB email Fwd:Items from Meeting 8-7-14 – FWL terms | | |
| 545 | SB to Bielman email FAX_Chase Bank – Account Balance Summary | | |
| 546 | SB to Allyson email FWLL Dep account bal summary – SB request to delete altered balance | | |
| 547 | SB to AM BL SS GH CU MA email ProForma Inc Statement-FWL-Silo Project | | |
| 548 | SB to GH CU MA SV email CC FWL 20-40 Cut Sand ISO – attachment example Stim Lab report | | |
| 549 | SB to GH SU MA email FWL Frost Insurance Cert | | |
| 550 | SB to GH MA SU email FWL-MX JVA | | |
| 551 | SB to DC email Re:_ Oct pay out | | |
| 552 | Navarette MOU 8-19-14 | | |
| 553 | JVA FWL-MXLLC signed | | |
| 554 | GC to LJ DC email Re: K1 | | |
| 555 | DC to LJ email breakdown –DC request for Sand sale breakdown | | |

| | | | |
|---|---|---|---|
| 556 | DC to LJ email RE:pay period – DC request for payment | | |
| 557 | LJ to SV email REVISED – MX Sand Escrow with attachment | | |
| 558 | CU MA GH spreadsheet FWL profits | | |
| 559 | LJ to SB & Mangum email FW: Proof of Funds – attachment altered statement | | |
| 560 | Eric Nelson Phone Messages | | |
| 561 | Texts Bates & Smith | | |
| 562 | Affidavit of V Bench and FWL-MX LLC chase statements | | |
| 563 | CU to DC email breakdown of 75k over 12months | | |
| 564 | CU to DC email Fwd: FWL BOLs attached spreadsheet sand gondola cars | | |
| 565 | DC Arrest record | | |
| 566 | NR hearing 09192014 cert | | |
| 567 | WLL Exhibit 1 - Schedules, Statements and Summary #21 | | |
| 568 | FWL-MX Escrow | | |
| 569 | SB to AM BL SS GH CU MA email ProForma Inc Statement-FWL-Silo Project | | |

Dated:  January 8, 2018.

Respectfully submitted,

By:    */s/ Tab Turner*
Tab Turner
TURNER & ASSOCIATES, P.A.
4705 Somers Ave.
Suite 100
North Little Rock, AR 72116
Telephone:  (501) 791-2277
Facsimile:  (501) 791-1251
Email: tab@tturner.com

Darrell L. Barger
HARTLINE DACUS BARGER DREYER
LLP
1980 Post Oak Blvd., Suite 1800
Houston, TX 77056
Telephone:  (713) 759-1990
Facsimile:  (713) 652-2419
Email: dbarger@hdbdlaw.com

Michael McCrum
MCCRUM LAW OFFICE
404 E. Ramsey, Suite 102
San Antonio, TX 78216
Telephone:  (210) 225-2285
Facsimile:  (210) 225-7945
Email:  michael@mccrumlegal.com

ATTORNEYS FOR DEFENDANT
CARLOS URESTI

### CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018 I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

By:    */s/ Tab Turner*
        Tab Turner