UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 2 6 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:17-CR-00381(1,3)-DAE |
| | § | |
| (1) Carlos I. Uresti | § | |
| (3) Gary L. Cain | § | |

## LIST OF GOVERNMENT'S/DEFENDANT'S EXHIBITS
## ADMITTED AT TRIAL

## SEE THE ATTACHED LISTS

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | 1.12.13 Email from Uresti to Cantu e $25,000 | Yes | 1/17/2018 7:42 AM | 2/15/2018 8:08 AM |
| Gov-2 | 3.14.13 Authorization to transfer funds (wire transfer) Cantu to Uresti | Yes | 1/17/2018 12:00 AM | 2/15/2018 7:43 AM |
| Gov-3 | Payment amortization provided Uresti to Cantu | Yes | 1/17/2018 7:44 AM | 2/15/2018 7:44 AM |
| Gov-4 | 4.17.13 Uresti email Cantu promissory note and amortization table | Yes | 1/17/2018 7:44 AM | 2/15/2018 7:44 AM |
| Gov-8 | 8.6.13 Order closing administration of minor children estate | Yes | 1/17/2018 7:45 AM | 2/15/2018 7:45 AM |
| Gov-9 | HIPPA release Cantu to Uresti | Yes | 1/17/2018 7:45 AM | 2/15/2018 7:45 AM |
| Gov-10 | Bates child support documentation | Yes | 1/17/2018 7:45 AM | 2/15/2018 7:45 AM |
| Gov-11 | 1.22.13 Order setting hearing on distribution of estate | Yes | 1/17/2018 7:46 AM | 2/15/2018 7:46 AM |
| Gov-12 | Checks from FWL to Uresti, Uresti Law Firm, and Turning Point | Yes | 1/17/2018 7:47 AM | 2/15/2018 7:47 AM |
| Gov-13 | Texas Ethics Commission requirements | Yes | 1/17/2018 7:47 AM | 2/15/2018 7:47 AM |
| Gov-14 | 5.30.14 Fake PoF found in Uresti Office | Yes | 1/17/2018 7:47 AM | 2/15/2018 7:47 AM |
| Gov-15 | 6.2.14 Email Bates to Uresti transmitting Cantu unedited JVA | Yes | 1/17/2018 7:48 AM | 2/15/2018 7:48 AM |
| Gov-16 | Cantu spreadsheet with TPS and MB payments listed found in Uresti office | Yes | 1/17/2018 7:48 AM | 2/15/2018 7:48 AM |
| Gov-17 | Emails Jacobs to Cantu about funds distribution | Yes | 1/17/2018 7:48 AM | 2/15/2018 7:48 AM |
| Gov-18 | 5.13.14 Email Uresti to Bates following up on meeting | Yes | 1/17/2018 7:48 AM | 2/15/2018 7:48 AM |
| Gov-19 | 5.31.14 Email from Bates to Uresti sending fake bank statement | Yes | 1/17/2018 7:49 AM | 2/15/2018 7:49 AM |
| Gov-20 | 6.5.14 Email Hoyos to Uresti about meeting with Thum, Navarrete and others solicited for investment | Yes | 1/17/2018 7:49 AM | 2/15/2018 7:49 AM |
| Gov-21 | 6.18.14 Email Thum to Hoyos saying Uresti must be part of deal, produced by Turning Point | Yes | 1/17/2018 7:49 AM | 2/15/2018 7:49 AM |
| Gov-22 | 7.5.14 Email Hoyos to Uresti about meeting and Bates' presentation | Yes | 1/17/2018 7:50 AM | 2/15/2018 7:50 AM |
| Gov-23 | 8.7.14 Email Uresti to Bates about being escrow agent | Yes | 1/17/2018 7:50 AM | 2/15/2018 7:50 AM |
| Gov-24 | 6.18.14 MOU between Cantu and Four Winds | Yes | 1/17/2018 7:50 AM | 2/15/2018 7:50 AM |
| Gov-27 | 6.19.14 JV agreement FWL and Turning Point for 6 FWL DC | Yes | 1/17/2018 7:51 AM | 2/15/2018 7:51 AM |
| Gov-28 | 6.11.14 JV agreement FWL and Magic Barite for 4 FWL DC | Yes | 1/17/2018 7:52 AM | 2/15/2018 7:52 AM |
| Gov-29 | Certificate of Formation LLC for FWL DC | Yes | 1/17/2018 7:52 AM | 2/15/2018 7:52 AM |
| Gov-30 | Parts of spread sheets showing FWL DC purchases with commissions signed by Bates | Yes | 1/17/2018 7:52 AM | 2/15/2018 7:52 AM |

| ID | Description | | Date 1 | Date 2 |
|---|---|---|---|---|
| Gov-31 | 6.12.14 JVA with FWL and Cantu | Yes | 1/17/2018 7:53 AM | 2/15/2018 7:53 AM |
| Gov-32 | FWL DC filed SOS document | Yes | 1/17/2018 7:53 AM | 2/15/2018 7:53 AM |
| Gov-33 | JVA Assets includes FWL DC and FWL MAV | Yes | 1/17/2018 7:54 AM | 2/15/2018 7:54 AM |
| Gov-34 | Summary Chart-ISF fees 2012-2015 | Yes | 1/17/2018 7:54 AM | 2/15/2018 7:54 AM |
| Gov-35 | FWL record showing FWL MAV paid for FWL DC spreadsheet sand | Yes | 1/17/2018 7:54 AM | 2/15/2018 7:54 AM |
| Gov-36 | 6.1.14 JVA for FWL MAV | Yes | 1/17/2018 7:54 AM | 2/15/2018 7:54 AM |
| Gov-37 | FWL MX JVA | Yes | 1/17/2018 7:54 AM | 2/15/2018 7:54 AM |
| Gov-38 | Escrow agreement FWL MX and Uresti | Yes | 1/17/2018 7:55 AM | 2/15/2018 7:55 AM |
| Gov-40 | In globo - emails from Stan Bates and records certification affidavit | Yes | 1/17/2018 7:55 AM | 2/15/2018 7:55 AM |
| Gov-40-A05 | 5.1.14 Email Bates to McStay about funds distribution | Yes | 1/17/2018 7:56 AM | 2/15/2018 7:56 AM |
| Gov-40-A06 | 2015 6.17.15 Email Nelson to Bates about Trinity Global previously forwarded to Cain | Yes | 1/17/2018 7:56 AM | 2/15/2018 7:56 AM |
| Gov-40-A08 | 5.20.14 Email Baes to Uresti on spot selling Basic Performa - FWLL, LLC | Yes | 1/17/2018 7:58 AM | 2/15/2018 7:58 AM |
| Gov-40-A09 | 5.20.14 Email Bates and Uresti Re_Basic Performa - FWLL, LLC | Yes | 1/17/2018 8:00 AM | 2/15/2018 8:00 AM |
| Gov-40-A10 | 5.21.14 Email Bates to Uresti with spot selling investment promo | Yes | 1/17/2018 8:00 AM | 2/15/2018 8:00 AM |
| Gov-40-A11 | 5.22.14 Email 5.22.14 Bates to Uresti sending standard JVA | Yes | 1/17/2018 8:00 AM | 2/15/2018 8:00 AM |
| Gov-40-A13 | 5.22.14 Email Bates to Uresti FWL overview | Yes | 1/17/2018 8:01 AM | 2/15/2018 8:01 AM |
| Gov-40-A14 | 5.22.14 Email Bates to Uresti with spot selling investment promo | Yes | 1/17/2018 12:00 AM | 2/15/2018 8:02 AM |
| Gov-40-A15 | 5.22.14 Email Bates to Uresti with stream realty PoF | Yes | 1/17/2018 8:02 AM | 2/15/2018 8:02 AM |
| Gov-40-A16 | 5.22.14 Email with PoF from Bates to Uresti Re_Letter to Stream Realty | Yes | 1/17/2018 12:00 AM | 2/15/2018 8:03 AM |
| Gov-40-A18 | 5.26.14 Bates to Uresti with PoF | Yes | 1/17/2018 8:03 AM | 2/15/2018 8:03 AM |
| Gov-40-A19 | 5.26.14 Email Bates and Uresti and Swannie with JVA | Yes | 1/17/2018 8:04 AM | 2/15/2018 8:04 AM |
| Gov-40-A20 | 5.26.14 Email Bates to Uresti with FWL powerpoint | Yes | 1/17/2018 8:05 AM | 2/15/2018 8:05 AM |
| Gov-40-A21 | 5.27.14 Email Bates to Uresti asking to forward powerpoints Re_Four Winds Logistics-SATX | Yes | 1/17/2018 8:05 AM | 2/15/2018 8:05 AM |
| Gov-40-A22 | 5.27.14 Email Uresti to Hoyos and Bates about Pemex meeting Re_Four Winds Logistics - Pemex | Yes | 1/17/2018 8:07 AM | 2/15/2018 8:07 AM |
| Gov-40-A24 | 5.28.14 Email from Swannie to Bates with MOU | Yes | 1/17/2018 9:19 AM | 2/15/2018 9:19 AM |
| Gov-40-A25 | 5.30.14 Calendar entry for Uresti Guillermo Hoyos and Stan Bates | Yes | 1/17/2018 9:20 AM | 2/15/2018 9:20 AM |
| Gov-40-A26 | 5.30.14 Email Bates to Nelson with original bank statement | Yes | 1/17/2018 9:20 AM | 2/15/2018 9:20 AM |
| Gov-40-A27 | 5.30.14 Email Nelson to Bates with fake PoF | Yes | 1/17/2018 9:20 AM | 2/15/2018 9:20 AM |

| | | | | |
|---|---|---|---|---|
| Gov-40-A29 | 5.31.14 Email Bates to Uresti responding to Begum email Re_FInancials | Yes | 1/17/2018 9:21 AM | 2/15/2018 9:21 AM |
| Gov-40-A31 | 6.2.14 Email from Uresti to Bates agreeing to terms Re_Broker Agreement | Yes | 1/17/2018 9:23 AM | 2/15/2018 9:23 AM |
| Gov-40-A31A | Header for 6.2.14 email from Uresti to Bates agreeing to terms Re_broker agreement | Yes | 1/17/2018 9:23 AM | 2/15/2018 9:24 AM |
| Gov-40-A32 | 6.2.14 Email 6.2.14 Bates to Uresti sending JVA to Cantu | Yes | 1/17/2018 9:24 AM | 2/15/2018 9:24 AM |
| Gov-40-A33 | 6.2.14 Email from Uresti to Bates making changes on Cantu JVA | Yes | 1/17/2018 9:26 AM | 2/15/2018 9:26 AM |
| Gov-40-A33A | Header for 6.2.14 email from Uresti to Bates making changes on Cantu JVA | Yes | 1/17/2018 9:27 AM | 2/15/2018 9:27 AM |
| Gov-40-A34 | 6.2.14 Email 6.2.14 transmitting JVA to Cantu | Yes | 1/17/2018 9:27 AM | 2/15/2018 9:27 AM |
| Gov-40-A35 | 6.2.14 Email Uresti and Bates agreeing to Uresti interest Re_Broker Agreement | Yes | 1/17/2018 9:27 AM | 2/15/2018 9:27 AM |
| Gov-40-A36 | 6.3.14 Email Bates to Nelson making changes to FWL DC Fwd_JVA for FWL-DC | Yes | 1/17/2018 9:28 AM | 2/15/2018 9:28 AM |
| Gov-40-A37 | 6.3.14 Email Bates to Cantu sending JVA has Uresti changes | Yes | 1/17/2018 9:28 AM | 2/15/2018 9:28 AM |
| Gov-40-A39 | 6.9.14 Email Bates to Hector Navarrete and Uresti with fake PoF | Yes | 1/17/2018 9:29 AM | 2/15/2018 9:29 AM |
| Gov-40-A39A | Header for 6.9.14 email Bates to Hector Navarrete and Uresti with fake PoF | Yes | 1/17/2018 9:32 AM | 2/15/2018 9:32 AM |
| Gov-40-A40 | 6.9.14 Email Bates to James Nester with false PoF | Yes | 1/17/2018 9:35 AM | 2/15/2018 9:35 AM |
| Gov-40-A41 | 6.9.14 Email Bates to Mauricio with fake PoF | Yes | 1/17/2018 9:36 AM | 2/15/2018 9:36 AM |
| Gov-40-A42 | 6.9.14 Email Bates to Thum with fake bank statement | Yes | 1/17/2018 9:36 AM | 2/15/2018 9:36 AM |
| Gov-40-A46 | 6.11.14 Email from Bates to Uresti and Alonzo transmitting their JVAs | Yes | 1/17/2018 9:49 AM | 2/15/2018 9:49 AM |
| Gov-40-A48 | 6.16.14 Email Bates to Cantu and Uresti with MOU | Yes | 1/17/2018 9:49 AM | 2/15/2018 9:49 AM |
| Gov-40-A49 | 7.1.14 Email Bates to Jacobs with UT tickets | Yes | 1/17/2018 9:50 AM | 2/15/2018 9:50 AM |
| Gov-40-A52 | 7.7.14 Email 1 Bates and Uresti where Uresti proposes language Email 2 is sending the email | Yes | 1/17/2018 9:51 AM | 2/15/2018 9:51 AM |
| Gov-40-A54 | 7.17.14 Email Bates to Uresti with FWL MX JVA proof | Yes | 1/17/2018 9:52 AM | 2/15/2018 9:52 AM |
| Gov-40-A55 | 7.18.14 Email Bates to Jacobs included email Hernando to Uresti showing in Mexico | Yes | 1/17/2018 9:52 AM | 2/15/2018 9:52 AM |
| Gov-40-A56 | 7.23.14 Email Bates and Uresti shows Mexican address for investor Re_JVA Agreement Revised | Yes | 1/17/2018 9:53 AM | 2/15/2018 9:53 AM |
| Gov-40-A63 | 9.10.14 Email Bates and Uresti reference Hassay and California contacts Re_Sand Inventory and INvestor breakdown | Yes | 1/17/2018 9:57 AM | 2/15/2018 9:57 AM |
| Gov-40-A68 | 10.5.14 Email Bates regarding bringing in for weekend a girl Re_Texas trip | Yes | 1/17/2018 10:53 AM | 2/15/2018 10:53 AM |
| Gov-40-A69 | 10.7.14 Email from Bates saying pay car notes United SA FCU_Contact | Yes | 1/17/2018 10:57 AM | 2/15/2018 10:57 AM |
| Gov-40-A75 | 10.30.14 Email Bates and Salvador where Salvador tries to contract Re_Regards | Yes | 1/17/2018 10:58 AM | 2/15/2018 10:58 AM |
| Gov-40-A76 | 11.24.14 Email Bates to Uresti and Cecil with FWL financials | Yes | 1/17/2018 10:58 AM | 2/15/2018 10:58 AM |
| Gov-40-A78 | 12.12.14 Email Bates with Uresti pic | Yes | 1/17/2018 10:59 AM | 2/15/2018 10:59 AM |

| ID | Description | | Date 1 | Date 2 |
|---|---|---|---|---|
| Gov-40-A82 | 2015 2.26.15 Email from Swannie to Bates with formal request for return of investment | Yes | 1/17/2018 11:00 AM | 2/15/2018 11:00 AM |
| Gov-40-A84 | 2015 4.9.15 Email from Bates to Salvador saying Gary wants meeting out of office | Yes | 1/17/2018 11:00 AM | 2/15/2018 11:00 AM |
| Gov-40-A85 | 2015 6.10.15 Email 6..10.15 scanning the 40k promissory note | Yes | 1/17/2018 11:02 AM | 2/15/2018 11:02 AM |
| Gov-40-A86 | 0215 6.11.15 Email from Bates Email with promissory note and promissory note | Yes | 1/17/2018 11:03 AM | 2/16/2018 11:03 AM |
| Gov-41-A01 | 9.24.14 Email Uresti to Cain with mex group | Yes | 1/17/2018 11:05 AM | 2/15/2018 11:05 AM |
| Gov-41-A04 | 10.14.14 Email Jacob to Cain with PL cash | Yes | 1/17/2018 11:08 AM | 2/15/2018 11:08 AM |
| Gov-41-A05 | 10.14.14 Email Jacobs to Cain about cash flow into FWL | Yes | 1/17/2018 11:22 AM | 2/15/2018 11:22 AM |
| Gov-41-A06 | 10.14.14 Email Jacobs to Cain with FWL monthly balance sheet | Yes | 1/17/2018 11:23 AM | 2/15/2018 11:23 AM |
| Gov-41-A07 | 10.14.14 Email Jacobs to Cain with May-Sep accruals | Yes | 1/17/2018 11:23 AM | 2/15/2018 11:23 AM |
| Gov-41-A08 | 10.20.14 Email Jacobs to Cain with FWL Mav sand purchases | Yes | 1/17/2018 11:23 AM | 2/15/2018 11:23 AM |
| Gov-41-A09 | 10.20.14 Email Jacobs to Cain with FWL MX sand purchases | Yes | 1/17/2018 11:24 AM | 2/15/2018 11:24 AM |
| Gov-41-A10 | 10.24.14 Email Uresti to Cain with letter from inxv has fake bank statements | Yes | 1/17/2018 11:24 AM | 2/15/2018 11:24 AM |
| Gov-41-A11 | 11.12.14 Email Uresti to Cain about keeping McStay on ice Fwd_Return of Investmnt | Yes | 1/17/2018 11:25 AM | 2/15/2018 11:25 AM |
| Gov-41-A12 | 11.13.14 Email Uresti 1 owner | Yes | 1/17/2018 11:25 AM | 2/15/2018 11:25 AM |
| Gov-41-A14 | 12.2.14 Email Uresti to Cain forwarding Cantu discussions with Jacobs Fwd_Breakdown report | Yes | 1/17/2018 11:25 AM | 2/15/2018 11:25 AM |
| Gov-41-A15 | 12.2.14 Email Uresti to Cain forwarding email from Cantu Fw_New breakdown | Yes | 1/17/2018 11:26 AM | 2/15/2018 11:26 AM |
| Gov-41-A17 | 12.2.14 Email Uresti to Cain with Denise breakdown may have been sent 2xFw_Breakdown report | Yes | 1/17/2018 11:26 AM | 2/15/2018 11:26 AM |
| Gov-41-A18 | 12.4.14 Email Jacobs to Cain with full Cantu spreadsheet (shows Turning Point) | Yes | 1/17/2018 11:32 AM | 2/15/2018 11:32 AM |
| Gov-41-A20 | 12.16.14 Email Jacobs to Cain about Trinity invoice | Yes | 1/17/2018 11:33 AM | 2/15/2018 11:33 AM |
| Gov-41-A21 | 12.18.14 Email Uresti to Cain with news Fwd_news clip | Yes | 1/17/2018 11:34 AM | 2/15/2018 11:34 AM |
| Gov-41-A26 | 2015 1.5.15 Email Uresti to Cain lower oil prices will depress Eagle Ford activity | Yes | 1/17/2018 2:01 PM | 2/15/2018 2:01 PM |
| Gov-41-A28 | 2015 1.7.15 Email Uresti to Cain about Richard coming in with more money | Yes | 1/17/2018 2:04 PM | 2/15/2018 2:04 PM |
| Gov-41-A30 | 2015 1.21.15 Email Jacobs to Cain with 40k promissory note attached | Yes | 1/17/2018 2:07 PM | 2/15/2018 2:07 PM |
| Gov-41-A31 | 2015 1.23.15 Email Cain to investors saying Uresti and Nico partners | Yes | 2/7/2018 2:07 PM | 2/15/2018 2:07 PM |
| Gov-41-A34 | 2015 2.25.15 Email Jacobs to Cain with Denise email needing full accounting | Yes | 1/17/2018 2:09 PM | 2/15/2018 2:09 PM |
| Gov-41-A35 | 2015 2.25.15 Email Jacobs to Cain with Transfers to Denise | Yes | 1/17/2018 2:10 PM | 2/15/2018 2:10 PM |
| Gov-41-A36 | 2015 2.27.15 Email Jacobs to Cain responding to Cain asking for Trinity check | Yes | 1/17/2018 2:10 PM | 2/15/2018 2:10 PM |
| Gov-41-A37 | 2015 3.11.15 Email Cain and Uresti thread Denise is going to fire me | Yes | 1/23/2018 2:11 PM | 2/15/2018 2:11 PM |

| | | | | | |
|---|---|---|---|---|---|
| Gov-41-A42 | 11.19.15 Email Jacobs to Cain with Four Winds Financials | | Yes | 1/17/2018 2:12 PM | 2/15/2018 2:12 PM |
| Gov-42 | Trinity signed consulting agreement-signed by both parties | | Yes | 1/17/2018 2:13 PM | 2/16/2018 2:13 PM |
| Gov-44 | Financial records showing payments to Trinity Global from FWL | | Yes | 1/17/2018 2:13 PM | 2/15/2018 2:13 PM |
| Gov-45 | July 2014 Emails between Uresti, Mexican group and Thum | | Yes | 1/17/2018 2:14 PM | 2/15/2018 2:14 PM |
| Gov-46 | 6.18.14 Email Thum to Hoyos Uresti and Hector stating can leave if Uresti leaves | | Yes | 1/17/2018 2:14 PM | 2/15/2018 2:14 PM |
| Gov-47 | Summary Timeline of Exhibits | | Yes | 1/17/2018 2:14 PM | 2/15/2018 2:14 PM |
| Gov-48 | 5.18.15 Letter from Thum to FWL stating will withdraw money from FWL | | Yes | 1/17/2018 3:22 PM | 2/15/2018 3:22 PM |
| Gov-49 | Lewis Energy PO given to Thum PO FR003848 and ownership documents showing Uresti is 1 Owner | | Yes | 1/17/2018 3:22 PM | 12/15/2018 3:22 PM |
| Gov-50 | Various fake and altered bank statements for Four Winds accounts | | Yes | 1/17/2018 3:23 PM | 2/15/2018 3:23 PM |
| Gov-51 | Self-authentification for Lewis Energy | | Yes | 1/17/2018 3:23 PM | 2/15/2018 3:23 PM |
| Gov-52 | Canceled Lewis Energy PO FR003848 | | Yes | 1/17/2018 3:23 PM | 2/15/2018 3:23 PM |
| Gov-53 | 10.14.13 Email canceling Lewis Energy PO | | Yes | 1/17/2018 3:24 PM | 2/15/2018 3:24 PM |
| Gov-54 | 3 Additional canceled Lewis Energy PO | | Yes | 1/17/2018 3:24 PM | 2/15/2018 3:24 PM |
| Gov-56 | 6.9.14 Text Bates and Nelson re POF | | Yes | 1/17/2018 3:24 PM | 2/15/2018 3:24 PM |
| Gov-57 | 12.27.14 Text Bates and Nelson re POF | | Yes | 1/17/2018 3:25 PM | 2/15/2018 3:25 PM |
| Gov-58 | 2011 HB 2342 | | Yes | 2/6/2018 3:25 PM | 2/15/2018 3:25 PM |
| Gov-59 | 3.18.15 Text Jacobs and Bates re Denise viit optimized | | Yes | 1/17/2018 3:26 PM | 2/15/2018 3:26 PM |
| Gov-60 | 4.10.15 Text message Bates and Jacobs re pay Bates and Smith and Cain | | Yes | 1/17/2018 3:27 PM | 2/15/2018 3:27 PM |
| Gov-74 | 8.28.14 Email Uresti asking Jacobs to call him | | Yes | 1/17/2018 3:30 PM | 2/15/2018 3:30 PM |
| Gov-75 | 1.7.15 Email Richard coming in at 1.4 and Uresti ask i check cut yet | | Yes | 1/17/2018 3:30 PM | 2/15/2018 3:30 PM |
| Gov-77 | 10.9.14 Email Uresti to Jacobs asking her to call him | | Yes | 1/17/2018 3:31 PM | 2/15/2018 3:31 PM |
| Gov-80 | 9.24.14 Email Uresti and Jacobs asking for Cain contract information | | Yes | 1/17/2018 3:32 PM | 2/15/2018 3:32 PM |
| Gov-81 | 6.9.14 Fake FWLL LLC dep account bal summary | | Yes | 1/29/2018 3:32 PM | 2/15/2018 3:32 PM |
| Gov-83 | 11.14.14 Email Uresti to Jacobs allowing access to Uresti Iolta | | Yes | 1/17/2018 3:33 PM | 2/15/2018 3:33 PM |
| Gov-84 | Summary Chart Tinity Global Payments | | Yes | 1/17/2018 3:34 PM | 2/15/2018 3:34 PM |
| Gov-85 | Summary Chart-Movement of Money FWL MX to FWL MAV | | Yes | 1/31/2018 3:35 PM | 2/15/2018 3:35 PM |
| Gov-86 | Summary Chart-Flow of Money FWL DC to FWL Operating to Uresti bank accounts | | Yes | 1/17/2018 3:36 PM | 2/15/2018 3:36 PM |
| Gov-88 | Summary Chart-Denise Cantu investment to FWL-Uresti-TSL | | Yes | 1/17/2018 3:36 PM | 2/15/2018 3:36 PM |

| ID | Description | Admitted | Marked | Admitted |
|---|---|---|---|---|
| Gov-89 | Summary Chart-Payments received by Uresti relating to Four Winds | Yes | 1/17/2018 3:37 PM | 2/15/2018 3:37 PM |
| Gov-90 | Summary Chart-$25,000 from Cantu acct to Uresti acct | Yes | 1/29/2018 3:37 PM | 2/15/2018 3:37 PM |
| Gov-92 | 8.27.14 Email Uresti to Jacobs asking to forward fancy charts to Denise | Yes | 1/17/2018 3:39 PM | 2/15/2018 3:39 PM |
| Gov-94-A01 | Bankruptcy Affidavit of Gary Cain-Unredacted | Yes | 1/17/2018 3:40 PM | 2/15/2018 3:40 PM |
| Gov-97 | Uresti SA Express 1st Interview | Yes | 1/17/2018 3:41 PM | 2/15/2018 3:41 PM |
| Gov-97-A01 | Transcript of Uresti SA Express 1st Interview | Yes | 1/17/2018 3:42 PM | 2/15/2018 3:42 PM |
| Gov-99 | Video of Uresti touting Four Winds in Senate hearing | Yes | 1/17/2018 3:42 PM | 2/15/2018 3:43 PM |
| Gov-99-A01 | Transcript of Uresti Senate subcommittee | Yes | 1/17/2018 3:43 PM | 2/15/2018 3:43 PM |
| Gov-100 | 6.9.14 Uresti Voicemail to Cantu | Yes | 1/17/2018 3:44 PM | 2/15/2018 3:44 PM |
| Gov-100-A01 | 6.9.14 Uresti Voicemail to Cantu transcript | Yes | 1/17/2018 3:44 PM | 2/15/2018 3:44 PM |
| Gov-101 | 6.18.14 Uresti Voicemail to Cantu | Yes | 1/17/2018 3:45 PM | 2/15/2018 3:45 PM |
| Gov-101-A01 | 6.18.14 Uresti Voicemail to Cantu transcript | Yes | 1/17/2018 3:45 PM | 2/15/2018 3:45 PM |
| Gov-103 | FWLL LLC Company operating agreement with Uresti owning 1 | Yes | 1/17/2018 3:46 PM | 2/15/2018 3:46 PM |
| Gov-104 | Financial position of Shannon Smith as of May 1, 2015 | Yes | 1/17/2018 3:46 PM | 2/15/2018 3:46 PM |
| Gov-107-A01 | 2011 Uresti PFS | Yes | 1/17/2018 3:48 PM | 2/15/2018 3:48 PM |
| Gov-107-A02 | 2012 Uresti PFS | Yes | 1/17/2018 3:49 PM | 2/15/2018 3:49 PM |
| Gov-107-A03 | 2013 Uresti PFS | Yes | 1/17/2018 3:49 PM | 2/15/2018 3:49 PM |
| Gov-107-A04 | 2014 Uresti PFS | Yes | 1/17/2018 3:49 PM | 2/15/2018 3:49 PM |
| Gov-107-A05 | 2014 Uresti PFS correction 1 | Yes | 1/17/2018 3:49 PM | 2/15/2018 3:49 PM |
| Gov-107-A06 | 2014 Uresti PFS correction 2 | Yes | 1/17/2018 3:49 PM | 2/15/2018 3:49 PM |
| Gov-107-A07 | 2015 Uresti PFS | Yes | 1/17/2018 3:50 PM | 2/15/2018 3:50 PM |
| Gov-107-A08 | 2015 Uresti PFS correction | Yes | 1/17/2018 3:50 PM | 2/15/2018 3:50 PM |
| Gov-107-A09 | 2014-2015 Uresti PFS Correction | Yes | 1/17/2018 3:50 PM | 2/15/2018 3:50 PM |
| Gov-107-A10 | 2016-2015 Uresti PFS Correction | Yes | 1/17/2018 3:50 PM | 2/15/2018 3:50 PM |
| Gov-107-A11 | 2016 Uresti PFS | Yes | 1/17/2018 3:50 PM | 2/15/2018 3:50 PM |
| Gov-108 | Email Cain to Jacobs attaching invoices for Trinity | Yes | 1/17/2018 3:51 PM | 2/15/2018 3:51 PM |
| Gov-109 | Extraction report for Cantu phone Note II | Yes | 1/17/2018 3:52 PM | 2/15/2018 3:52 PM |
| Gov-110 | Extraction report for Cantu phone Galaxy S5 | Yes | 1/17/2018 3:52 PM | 2/15/2018 3:52 PM |

| ID | Description | | Date 1 | Date 2 |
|---|---|---|---|---|
| Gov-111 | Extraction report for Cantu phone Note IV | Yes | 1/17/2018 3:53 PM | 2/15/2018 3:53 PM |
| Gov-112 | 7.7.14 Email Uresti to Salvador re Salvador traveling from Mexico City | Yes | 1/17/2018 3:54 PM | 2/15/2018 3:54 PM |
| Gov-114-A01 | Cain 2014 tax returns | Yes | 1/31/2018 3:59 PM | 2/15/2018 3:59 PM |
| Gov-114-A02 | Cain 2015 tax returns | Yes | 1/31/2018 3:59 PM | 2/15/2018 3:59 PM |
| Gov-114-A03 | Certification of Lack of Record for Trinity Global 2013-2015 | Yes | 1/31/2018 3:59 PM | 2/15/2018 3:59 PM |
| Gov-115 | Documents produced to SEC from Uresti | Yes | 1/17/2018 3:59 PM | 2/15/2018 3:59 PM |
| Gov-115-A01 | Four Winds Business plan with Lewis Energy | Yes | 1/17/2018 4:00 PM | 2/15/2018 4:00 PM |
| Gov-115-A02 | 5.16.14 Email Bates Uresti about a meeting | Yes | 1/17/2018 4:00 PM | 2/15/2018 4:00 PM |
| Gov-115-A03 | 5.21.14 Email Uresti to Richard Doinoff sending information for investment into Four Winds | Yes | 1/17/2018 4:01 PM | 2/15/2018 4:01 PM |
| Gov-115-A04 | 5.26.14 Email Uresti to Hoyos transmitting McStay PoF, FWL escrow agreement, escrow deposit | Yes | 1/17/2018 4:01 PM | 2/15/2018 4:01 PM |
| Gov-115-A05 | 6.6.14 Email Judy Haws to Uresti about withdrawing of Cantu money from Cole investments | Yes | 1/17/2018 4:02 PM | 2/15/2018 4:02 PM |
| Gov-115-A06 | Four Winds Business plan without Lewis Energy | Yes | 1/17/2018 4:02 PM | 2/15/2018 4:02 PM |
| Gov-115-A07 | Proposed Uresti retainer agreement included Texas attorney creed | Yes | 1/17/2018 4:02 PM | 2/15/2018 4:02 PM |
| Gov-115-A08 | 7.25.14 Email Uresti to Rick Gonzales transmitting information on Four Winds | Yes | 1/17/2018 4:02 PM | 2/15/2018 4:02 PM |
| Gov-115-A09 | 8.7.14 Email Uresti to Bates re handling escrow and future agreements re Four Winds | Yes | 1/17/2018 4:03 PM | 2/15/2018 4:03 PM |
| Gov-115-A10 | 8.8.14 Email Uresti to Bates, Salvador, Navarrete, Hoyos, Alonzo, Rosado from Texas Senate | Yes | 1/17/2018 4:03 PM | 2/15/2018 4:03 PM |
| Gov-115-A12 | 9.9.14 Email Hassay to Uresti about California investors and questions re numbers not adding up | Yes | 1/17/2018 4:03 PM | 2/15/2018 4:03 PM |
| Gov-115-A13 | 9.15.14 Email Uresti to Manuel Medina transmitting business information on Four Winds and asking for investment | Yes | 1/17/2018 4:04 PM | 2/15/2018 4:04 PM |
| Gov-115-A14 | 11.18.14 Text Bates and Uresti about $100k investment from Denise | Yes | 1/17/2018 4:04 PM | 2/15/2018 4:04 PM |
| Gov-115-A15 | 12.4.14 Text Uresti and Cain about concerned because of Denise | Yes | 1/17/2018 4:04 PM | 2/15/2018 4:04 PM |
| Gov-115-A17 | 3.12.15 Text Bates and Uresti about Cantu and the $40,000 | Yes | 1/17/2018 4:04 PM | 2/15/2018 4:04 PM |
| Gov-115-A18 | 10.30.15 Email Cantu to Uresti saying u told me it was perfect investment | Yes | 1/17/2018 4:05 PM | 2/15/2018 4:05 PM |
| Gov-116 | FWL DC Texas SOS record | Yes | 1/17/2018 4:05 PM | 2/15/2018 4:05 PM |
| Gov-117 | Pic of Cantu with $100,000 cashier check from Cantu phone | Yes | 1/17/2018 4:05 PM | 2/15/2018 4:05 PM |
| Gov-118 | 7.7.14 Email Uresti to Salvador produced by Thum-relates to ex 40-52 | Yes | 1/17/2018 4:05 PM | 2/15/2018 4:05 PM |
| Gov-119 | Pics from Facebook of Ferrari and Red Raptor outside of FWL | Yes | 1/17/2018 4:05 PM | 2/15/2018 4:05 PM |
| Gov-121 | Cain Frost Cashiers Checks | Yes | 1/29/2018 4:06 PM | 2/15/2018 4:06 PM |
| Gov-122 | Cain SSFCU accts | Yes | 1/29/2018 4:07 PM | 2/15/2018 4:07 PM |

| Exhibit | Description | Admitted | Offered | Admitted |
|---|---|---|---|---|
| Gov-123 | Cantu Loan Star accts | Yes | 1/29/2018 4:07 PM | 2/15/2018 4:07 PM |
| Gov-142 | FWLL Chase Signature Cards | Yes | 1/17/2018 4:11 PM | 2/15/2018 4:11 PM |
| Gov-143 | FWLL Chase accts | Yes | 1/17/2018 4:11 PM | 2/15/2018 4:11 PM |
| Gov-145 | FWLL Frost | Yes | 1/17/2018 4:11 PM | 2/15/2018 4:11 PM |
| Gov-148 | Uresti Chase 2006 2011 | Yes | 1/17/2018 4:12 PM | 2/15/2018 4:12 PM |
| Gov-149 | Uresti Chase 2012 2013 | Yes | 1/17/2018 4:12 PM | 2/15/2018 4:12 PM |
| Gov-150 | Uresti Chase 2014 2015 | Yes | 1/17/2018 4:12 PM | 2/15/2018 4:12 PM |
| Gov-151 | Uresti Chase Loan 9001 | Yes | 1/17/2018 4:12 PM | 2/15/2018 4:12 PM |
| Gov-160 | Uresti SSFCU | Yes | 1/17/2018 4:13 PM | 2/15/2018 4:13 PM |
| Gov-163 | Distribution from Uresti escrow with only Bates signature | Yes | 1/17/2018 4:14 PM | 2/15/2018 4:14 PM |
| Gov-164 | 8.14.14 Email Uresti to Jacobs transmitting the retainer agreement with Lawyer creed | Yes | 1/17/2018 4:14 PM | 2/15/2018 4:14 PM |
| Gov-165 | Pictures from Bates facebook | Yes | 1/17/2018 4:14 PM | 2/15/2018 4:14 PM |
| Gov-166 | Quickbook records with Bates draws 2014-2015 | Yes | 1/17/2018 4:14 PM | 2/15/2018 4:14 PM |
| Gov-167 | Quickbook records with Smith draws 2014-2015 | Yes | 1/17/2018 4:15 PM | 2/15/2018 4:15 PM |
| Gov-169 | State of Texas Securities non-registration for Uresti et al | Yes | 1/17/2018 4:16 PM | 2/15/2018 4:16 PM |
| Gov-172 | JVA Assets shows FWL MAV and FWL DC | Yes | 1/17/2018 4:16 PM | 2/15/2018 4:16 PM |
| Gov-173 | Denise Cantu text messages in demonstrative aid format | Yes | 1/17/2018 4:17 PM | 2/15/2018 4:17 PM |
| Gov-174 | Denise Cantu text with Bates submitted to bankruptcy court | Yes | 1/17/2018 4:17 PM | 2/15/2018 4:17 PM |
| Gov-175 | Memo meeting between Smith and Bates by Cain | Yes | 1/17/2018 4:17 PM | 2/15/2018 4:17 PM |
| Gov-176 | Hernando Compliance letter goes with ex 40-55 | Yes | 1/17/2018 4:17 PM | 2/15/2018 4:17 PM |
| Gov-177 | Phone tolls for Cain pgs 1-8, 958-959 | Yes | 1/17/2018 4:18 PM | 2/15/2018 4:18 PM |
| Gov-178 | SEC record of non-registration for Uresti | Yes | 1/17/2018 4:18 PM | 2/15/2018 4:18 PM |
| Gov-179 | SEC record of non-registration for Hoyos | Yes | 2/6/2018 4:19 PM | 2/15/2018 4:19 PM |
| Gov-182 | Chavira pics | Yes | 1/25/2018 4:20 PM | 2/15/2018 4:20 PM |
| Gov-183 | 5.31.14 Email Uresti to Cantu with fake PoF | Yes | 1/17/2018 4:20 PM | 2/15/2018 4:20 PM |
| Gov-184 | 3.2.13 Email Uresti to Cantu ready to make some money | Yes | 1/17/2018 4:20 PM | 2/15/2018 4:20 PM |
| Gov-185 | 8.8.13 Email Uresti to Cantu about $75000 loan | Yes | 1/17/2018 4:20 PM | 2/15/2018 4:20 PM |
| Gov-186 | 6.11.14 Email Cantu to Uresti transmitting the FWL DC corrected agreement | Yes | 1/17/2018 4:48 PM | 2/15/2018 4:48 PM |

| Exhibit | Description | Admitted | Marked | Admitted |
|---|---|---|---|---|
| Gov-187 | 6.11.14 Email Uresti to Cantu forwarding Bates email with wiring instructions for FWL DC | Yes | 1/17/2018 4:49 PM | 2/15/2018 4:49 PM |
| Gov-188 | 5.22.14 Email Uresti to Cantu sending promo matter on Four Winds | Yes | 1/17/2018 4:49 PM | 2/15/2018 4:49 PM |
| Gov-189 | 6.2.14 Email Cantu to Uresti forwarding Bates email sending FWL DC (uncorrected) | Yes | 1/17/2018 4:49 PM | 2/15/2018 4:49 PM |
| Gov-190 | 3.4.13 Email Uresti to Cantu about condos saying this is one of those things I want to talk to you about | Yes | 1/17/2018 4:49 PM | 2/15/2018 4:49 PM |
| Gov-191 | 12.2.14 Email Cantu to Uresti sending breakdown from Jacobs and saying she has not been paid | Yes | 1/17/2018 4:49 PM | 2/15/2018 4:49 PM |
| Gov-192 | 2.2.15 Email string Uresti and Cantu in which Cantu says thank you for advising me of the investment with Four Winds | Yes | 1/17/2018 4:50 PM | 2/15/2018 4:50 PM |
| Gov-193 | Emails between Jacobs and Cantu with fake spreadsheets | Yes | 1/17/2018 4:50 PM | 2/15/2018 4:50 PM |
| Gov-194 | 5.21.14 Email Uresti to Cantu sending promotional materials | Yes | 1/17/2018 4:50 PM | 2/15/2018 4:50 PM |
| Gov-197 | FWL 2014 General Ledger | Yes | 1/17/2018 4:51 PM | 2/15/2018 4:51 PM |
| Gov-198 | FWL 2015 General Ledger | Yes | 1/17/2018 4:52 PM | 2/15/2018 4:52 PM |
| Gov-199 | Summary of FWLL Chase Acct x8761 | Yes | 1/17/2018 4:52 PM | 2/15/2018 4:52 PM |
| Gov-200 | Expert report FBI Cellular Analysis Survey Team | Yes | 1/17/2018 4:52 PM | 2/15/2018 4:52 PM |
| Gov-201 | Historical Cell Cite Data Pgs 1-4 & 788-793 | Yes | 1/17/2018 4:53 PM | 2/15/2018 4:53 PM |
| Gov-202 | PoF and Receivables given to Thum by Bates | Yes | 1/17/2018 4:53 PM | 2/15/2018 4:53 PM |
| Gov-203 | Summary Chart for diffeent promotional numbers | Yes | 1/17/2018 4:53 PM | 2/15/2018 4:53 PM |
| Gov-204 | 12.16.14 Email Uresti to Cantu Call me with number 210-860-5754 | Yes | 1/17/2018 4:53 PM | 2/15/2018 4:53 PM |
| Gov-205 | 5.21.14 Email Urestsi to Cantu saying don't forget to call me | Yes | 1/17/2018 4:53 PM | 2/15/2018 4:53 PM |
| Gov-206 | Screen shot of I make 3 | Yes | 1/17/2018 4:53 PM | 2/15/2018 4:53 PM |
| Gov-207 | Summary chart-FWLL Chase Account Number x8761 | Yes | 1/17/2018 4:55 PM | 2/15/2018 4:55 PM |
| Gov-208-A01 | Transcripts of interview of Cain | Yes | 1/17/2018 4:55 PM | 2/15/2018 4:55 PM |
| Gov-209 | Screen shot of Bates twitter feed 1-30-14 | Yes | 1/17/2018 4:56 PM | 2/15/2018 4:56 PM |
| Gov-210 | Screen shot of Bates twitter | Yes | 1/17/2018 4:56 PM | 2/15/2018 4:56 PM |
| Gov-211 | 7.9.14 Email Bates to McStay re $59,482 of profits | Yes | 1/17/2018 4:56 PM | 2/15/2018 4:56 PM |
| Gov-212 | Attestation of non-registration for Four Star Investment federal and state | Yes | 1/17/2018 4:56 PM | 2/15/2018 4:56 PM |
| Gov-213 | Account application for LSNB investsment | Yes | 1/17/2018 4:56 PM | 2/15/2018 4:56 PM |
| Gov-214 | 5.21.14-6.2.14 Emails Cantu to Yvonne Silguero re investment into Four Winds | Yes | 1/17/2018 4:56 PM | 2/15/2018 4:56 PM |
| Gov-215 | 5.21.14 Email Cantu to Yvonne Silguero forwarding promo material | Yes | 1/17/2018 4:56 PM | 2/15/2018 4:56 PM |
| Gov-216 | Redemption request pertaining to investment with LNB financial | Yes | 1/17/2018 4:57 PM | 2/15/2018 4:57 PM |

| | | | | | |
|---|---|---|---|---|---|
| Gov-217 | Gary Cain Transcript of interview | | Yes | 2/14/2018 11:08 PM | 2/15/2018 11:08 PM |
| Def-Cain-2 | Certificate of Formation - FWLL | | Yes | 1/17/2018 5:05 PM | 2/15/2018 5:05 PM |
| Def-Cain-3 | Certificate of Amendment - FWLL | | Yes | 1/17/2018 5:06 PM | 2/15/2018 5:06 PM |
| Def-Cain-4 | 2014 Form 1065 - FWLL_Redacted | | Yes | 1/17/2018 5:06 PM | 2/15/2018 5:06 PM |
| Def-Cain-5 | JVA - FWLL + ZSV | | Yes | 1/17/2018 5:06 PM | 2/15/2018 5:06 PM |
| Def-Cain-6 | JVA - FWLL + Maverick Sand (Swannie) | | Yes | 1/17/2018 5:06 PM | 2/15/2018 5:06 PM |
| Def-Cain-7 | JVA - FWLL + FWL-MX (Navarrete) | | Yes | 1/17/2018 5:06 PM | 2/15/2018 5:06 PM |
| Def-Cain-8 | JVA - FWL-MX + Babcock (Thum) | | Yes | 1/17/2018 5:07 PM | 2/15/2018 5:07 PM |
| Def-Cain-9 | JVA - FWL-MX + Impulsa Intl (Navarrete) | | Yes | 1/17/2018 5:08 PM | 2/15/2018 5:08 PM |
| Def-Cain-10 | MOU - FWLL + FWL-DC (Cantu) | | Yes | 1/17/2018 5:08 PM | 2/15/2018 5:08 PM |
| Def-Cain-11 | FWLL Chase Deposit + Wdrs Analysis | | Yes | 1/17/2018 5:08 PM | 2/15/2018 5:08 PM |
| Def-Cain-12 | FWLL Oper Acct - Frost Deposit + Wdrs Analysis | | Yes | 1/17/2018 5:08 PM | 2/15/2018 5:08 PM |
| Def-Cain-13 | FWL-MAV Chase Deposit + Wdrs Analysis | | Yes | 1/17/2018 5:10 PM | 2/15/2018 5:10 PM |
| Def-Cain-14 | FWL-TSL Chase Deposit + Wdrs Analysis | | Yes | 1/17/2018 5:10 PM | 2/15/2018 5:10 PM |
| Def-Cain-15 | FWL-MX Chase Deposit + Wdrs Analysis | | Yes | 1/17/2018 5:10 PM | 2/15/2018 5:10 PM |
| Def-Cain-16 | Uresti IOLTA 1 Chase Deposit + Wdrs Analysis | | Yes | 1/17/2018 5:10 PM | 2/15/2018 5:10 PM |
| Def-Cain-17 | Uresti IOLTA 2 Chase Deposit + Wdrs Analysis | | Yes | 1/17/2018 5:10 PM | 2/15/2018 5:10 PM |
| Def-Cain-18 | FWL-DC Chase Deposit + Wdrs Analysis | | Yes | 1/17/2018 5:16 PM | 2/15/2018 5:16 PM |
| Def-Cain-19 | 2014 Form 1065 - Texas Silica Logistics | | Yes | 1/17/2018 5:16 PM | 2/15/2018 5:16 PM |
| Def-Cain-20 | 2014 Form 1065 - FWL-MAV | | Yes | 1/17/2018 5:16 PM | 2/15/2018 5:16 PM |
| Def-Cain-21 | 2014 Form 1065 - FWL-MX | | Yes | 1/17/2018 5:16 PM | 2/15/2018 5:16 PM |
| Def-Cain-22 | 2014 Form 1065 - FWL-DC_Redacted | | Yes | 1/17/2018 5:17 PM | 2/15/2018 5:17 PM |
| Def-Cain-23 | 2014 P&L - Texas Silica Logistics | | Yes | 1/17/2018 5:17 PM | 2/15/2018 5:17 PM |
| Def-Cain-23-A1 | 2014 General Ledger - Texas Silica Logistics | | Yes | 1/17/2018 5:17 PM | 2/15/2018 5:17 PM |
| Def-Cain-24 | 2014 P&L - FWL-MAV | | Yes | 1/17/2018 5:17 PM | 2/15/2018 5:17 PM |
| Def-Cain-24-A1 | 2014 General Ledger - FWL-MAV | | Yes | 1/17/2018 5:31 PM | 2/15/2018 5:31 PM |
| Def-Cain-25 | 2014 P&L - FWL-MX | | Yes | 1/17/2018 5:32 PM | 2/15/2018 5:32 PM |

| ID | Description | | Date 1 | Date 2 |
|---|---|---|---|---|
| Def-Cain-25-A1 | 2014 General Ledger - FWL-MX | Yes | 1/17/2018 5:32 PM | 2/15/2018 5:32 PM |
| Def-Cain-26 | 2014 P&L - FWL-DC | Yes | 1/17/2018 5:33 PM | 2/15/2018 5:33 PM |
| Def-Cain-26-A1 | 2014 General Ledger - FWL-DC | Yes | 1/17/2018 5:34 PM | 2/15/2018 5:34 PM |
| Def-Cain-27 | TCI Inv | Yes | 1/17/2018 5:34 PM | 2/15/2018 5:34 PM |
| Def-Cain-28 | TCI Summary of Invoices | Yes | 1/17/2018 5:36 PM | 2/15/2018 5:36 PM |
| Def-Cain-29 | Stan Bates Draws | Yes | 1/17/2018 5:36 PM | 2/15/2018 5:36 PM |
| Def-Cain-30 | Halliburton Ltr to Director of Sales 12.16.2014 | Yes | 1/17/2018 5:36 PM | 2/15/2018 5:36 PM |
| Def-Cain-31 | McStay Ltr to Stream Realty (Funding to FWLL) 04.29.2014 | Yes | 1/17/2018 5:37 PM | 2/15/2018 5:37 PM |
| Def-Cain-32 | Trinity Global - Consulting Service Agrmt 09.23.2014 | Yes | 1/17/2018 5:37 PM | 2/15/2018 5:37 PM |
| Def-Cain-33 | Trinity Global - Document Req | Yes | 1/17/2018 5:37 PM | 2/15/2018 5:37 PM |
| Def-Cain-34 | TCI Factoring Security & Service Agrmt with FWLL 2.16.2014 | Yes | 1/17/2018 5:37 PM | 2/15/2018 5:37 PM |
| Def-Cain-35 | Cain email (Thoughts on 2015 going forward) 01.09.2015 | Yes | 2/13/2018 5:37 PM | 2/15/2018 5:37 PM |
| Def-Cain-36 | Email - Bates to Employees (Stock Pilin Wet Sand - Read Article) | Yes | 1/17/2018 5:40 PM | 2/15/2018 5:40 PM |
| Def-Cain-37 | Email - Bates to Salvador 02.26.2015 (this is exactly why I did what I've done) | Yes | 1/17/2018 5:40 PM | 2/15/2018 5:40 PM |
| Def-Cain-39 | FWLL Oper Acct - Frost Analysis of Sand Purchases Jan-May 2015 | Yes | 1/17/2018 5:40 PM | 2/15/2018 5:40 PM |
| Def-Cain-40 | Email - Talley to Jacobs (Actuals 2014) 02.16.2015 | Yes | 1/17/2018 5:40 PM | 2/15/2018 5:40 PM |
| Def-Cain-42 | Partial copies txt msgs from Cain seized Windows phone - 03.2015-12.2015 | Yes | 1/17/2018 5:41 PM | 2/15/2018 5:41 PM |
| Def-Cain-43 | FWLL QuickBooks Audit Trail | Yes | 2/13/2018 10:21 AM | 2/15/2018 10:21 AM |
| Def-Cain-44 | 2014 Schedule K-1 (Form 1065) | Yes | 2/13/2018 10:21 AM | 2/15/2018 10:21 AM |
| Def-Uresti-1 | DC to CU email Promissory note (2k5)DC | Yes | 1/17/2018 5:43 PM | 2/15/2018 5:43 PM |
| Def-Uresti-3 | AM to SB Investment in Sand Operation | Yes | 1/17/2018 5:43 PM | 2/15/2018 5:43 PM |
| Def-Uresti-6 | FWLL-TSL JVA | Yes | 1/17/2018 5:45 PM | 2/15/2018 5:45 PM |
| Def-Uresti-10 | SB to BL AM email FWLL Business Overview | Yes | 1/17/2018 5:45 PM | 2/15/2018 5:45 PM |
| Def-Uresti-13 | MA to CU email FWLL Business Plan | Yes | 1/17/2018 5:46 PM | 2/15/2018 5:46 PM |
| Def-Uresti-14 | SB to MA email Basic Performa FWLL, LLC 3050 Frac Sand Investment | Yes | 1/17/2018 5:47 PM | 2/15/2018 5:47 PM |
| Def-Uresti-15 | Email MA to CU - AM POF Letter | Yes | 1/17/2018 5:47 PM | 2/15/2018 5:47 PM |

| ID | Description | | Date 1 | Date 2 |
|---|---|---|---|---|
| Def-Uresti-16 | SB to CU Email Re FOURWINDS | Yes | 1/17/2018 5:48 PM | 2/15/2018 5:48 PM |
| Def-Uresti-17 | SB to CU Re Basic Performa - FWLL, LLC. 3050 Frac Sand Investment | Yes | 1/17/2018 5:48 PM | 2/15/2018 5:48 PM |
| Def-Uresti-18 | SB to CU BL email EmFracExchange Sand Mine & Fourwinds Agreement signed | Yes | 1/17/2018 5:48 PM | 2/15/2018 5:48 PM |
| Def-Uresti-19 | SB to CU email FWL cashed Check Van Den Bosch | Yes | 1/17/2018 5:48 PM | 2/15/2018 5:48 PM |
| Def-Uresti-20 | SB to CU, MA email Fwd fwll llc dep account bal summary | Yes | 1/17/2018 5:48 PM | 2/15/2018 5:48 PM |
| Def-Uresti-21 | SB to CU MA email FWL BOLs | Yes | 1/17/2018 5:49 PM | 2/15/2018 5:49 PM |
| Def-Uresti-22 | SB to GH MA CU email Fw_ ProForma Inc Statement - Silo Project | Yes | 1/17/2018 5:49 PM | 2/15/2018 5:49 PM |
| Def-Uresti-23 | SB to AM BL SS GH CU MA email ProForma Inc Statement-FWL-Silo Project | Yes | 1/17/2018 5:49 PM | 2/15/2018 5:49 PM |
| Def-Uresti-24 | SB to CU MA GH email Fwd FourWinds-Trans Business Plan 2 of 2 | Yes | 1/17/2018 5:49 PM | 2/15/2018 5:49 PM |
| Def-Uresti-25 | SB to AM BL SS GH CU MA email ProForma Inc Statement-FWL-Silo Project | Yes | 1/17/2018 5:50 PM | 2/15/2018 5:50 PM |
| Def-Uresti-26 | SB to GH CU MA SV email CC FWL 20-40 Cut Sand ISO attachment example Stim Lab report | Yes | 1/17/2018 5:50 PM | 2/15/2018 5:50 PM |
| Def-Uresti-27 | SB to CU email FWL.Sand.Silo-Stan | Yes | 1/17/2018 5:50 PM | 2/15/2018 5:50 PM |
| Def-Uresti-28 | SB to GH SU MA email FWL Frost Insurance Cert | Yes | 1/17/2018 5:51 PM | 2/15/2018 5:51 PM |
| Def-Uresti-29 | SB to CU MA SS JB LJ DT MP email Feature for FourWinds Magazine Article | Yes | 1/17/2018 5:51 PM | 2/15/2018 5:51 PM |
| Def-Uresti-30 | EN to CU SB email FourWinds Logistics Documents | Yes | 1/17/2018 5:51 PM | 2/15/2018 5:51 PM |
| Def-Uresti-31 | EN to CU SB email FW FourWinds Logistics documents | Yes | 1/17/2018 5:52 PM | 2/15/2018 5:52 PM |
| Def-Uresti-32 | SS to CU SB EN JB email Frac Sand Demand to Increase 300 by 2016 - Yahoo7 Finance Australia | Yes | 1/17/2018 5:52 PM | 2/15/2018 5:52 PM |
| Def-Uresti-33 | SB to CU email FWLL Investment Letter Overview | Yes | 1/17/2018 5:52 PM | 2/15/2018 5:52 PM |
| Def-Uresti-34 | SB to GH CU MA email FWLL Business Overview Silo Facilities V.3 | Yes | 1/17/2018 5:52 PM | 2/15/2018 5:52 PM |
| Def-Uresti-58 | NR hearing 09192014 cert | Yes | 1/17/2018 5:54 PM | 2/15/2018 5:54 PM |
| Def-Uresti-100 | Referral Agreement Fourwinds Logistics Laredo, LLC and CU, MA and GH | Yes | 1/17/2018 5:59 PM | 2/15/2018 5:59 PM |

| Def-Uresti-101 | CU to DC email Fwd FWL BOLs attached spreadsheet sand gondola cars | Yes | 1/17/2018 5:59 PM | 2/15/2018 5:59 PM |
|---|---|---|---|---|
| Def-Uresti-102 | LJ to SB DC CU MA email Sand Inventory and Investor breakdown | Yes | 1/17/2018 6:00 PM | 2/15/2018 6:00 PM |
| Def-Uresti-103 | LJ to CU email Re. Densie Cantu breakdown | Yes | 1/17/2018 6:00 PM | 2/15/2018 6:00 PM |
| Def-Uresti-104 | SB to DC email Re_ Oct pay out | Yes | 1/17/2018 6:01 PM | 2/15/2018 6:01 PM |
| Def-Uresti-105 | LJ CU DC email Fwd Halliburton | Yes | 1/17/2018 6:01 PM | 2/15/2018 6:01 PM |
| Def-Uresti-106 | DC LJ CU emails Fwd Breakdown report | Yes | 1/17/2018 6:01 PM | 2/15/2018 6:01 PM |
| Def-Uresti-107 | DC to CU LJ SB email Re Fwd Breakdown report | Yes | 1/17/2018 6:02 PM | 2/15/2018 6:02 PM |
| Def-Uresti-108 | LJ DC CU and GC emails FW New breakdown | Yes | 1/17/2018 6:02 PM | 2/15/2018 6:02 PM |
| Def-Uresti-109 | LJ DC CU email | Yes | 1/17/2018 6:02 PM | 2/15/2018 6:02 PM |
| Def-Uresti-110 | DC CU emails 120214 re Breakdown Report | Yes | 1/17/2018 6:02 PM | 2/15/2018 6:02 PM |
| Def-Uresti-111 | LJ DC CU GC email Fwd Breakdown report | Yes | 1/17/2018 6:02 PM | 2/15/2018 6:02 PM |
| Def-Uresti-112 | SB to DC email FWLL Business Overview | Yes | 1/17/2018 6:03 PM | 2/15/2018 6:03 PM |
| Def-Uresti-113 | DC LJ CU emails Fwd RE Breakdown report-Response to Ex 211 | Yes | 1/17/2018 6:03 PM | 2/15/2018 6:03 PM |
| Def-Uresti-114 | LJ DC CU and GC emails Fwd Breakdown report | Yes | 1/17/2018 6:03 PM | 2/15/2018 6:03 PM |
| Def-Uresti-115 | LJ to UC email Re Breakdown of profit sharing | Yes | 1/17/2018 6:04 PM | 2/15/2018 6:04 PM |
| Def-Uresti-116 | DC to CU email The breakdown | Yes | 1/17/2018 6:04 PM | 2/15/2018 6:04 PM |
| Def-Uresti-117 | DC LJ CU emails Fwd-List of wire transfers completed 7-7 to 1-5-15 | Yes | 1/17/2018 6:04 PM | 2/15/2018 6:04 PM |
| Def-Uresti-118 | DC to LJ email breakdown DC request for Sand sale breakdown | Yes | 1/17/2018 6:04 PM | 2/15/2018 6:04 PM |
| Def-Uresti-119 | SB to SS GC email Fwd Accounting | Yes | 1/17/2018 6:04 PM | 2/15/2018 6:04 PM |
| Def-Uresti-120 | DC to LJ email REpay period DC request for payment | Yes | 1/17/2018 6:05 PM | 2/15/2018 6:05 PM |
| Def-Uresti-121 | GC to LJ DC email Re K1 | Yes | 1/17/2018 6:05 PM | 2/15/2018 6:05 PM |

| ID | Description | | Date 1 | Date 2 |
|---|---|---|---|---|
| Def-Uresti-122 | DC to CU email Re FWLL | Yes | 1/17/2018 6:05 PM | 2/15/2018 6:05 PM |
| Def-Uresti-123 | DC to CU email Re FWLL-Response to Ex 215 | Yes | 1/17/2018 6:05 PM | 2/15/2018 6:05 PM |
| Def-Uresti-124 | DC to CU email Fwd GoFundMe for `Nicole Cantu burial fund` | Yes | 1/17/2018 6:05 PM | 2/15/2018 6:05 PM |
| Def-Uresti-128 | SB to DS email JV breakdown | Yes | 1/17/2018 6:06 PM | 2/15/2018 6:06 PM |
| Def-Uresti-135 | SB to GC email Fwd Ref Weekly RecapJVA DS requests better accounting | Yes | 1/17/2018 6:08 PM | 2/15/2018 6:08 PM |
| Def-Uresti-158 | CA to CU SB GC SS email Re FW Cecil Abrea FWLL NCND | Yes | 1/17/2018 6:14 PM | 2/15/2018 6:14 PM |
| Def-Uresti-163 | CU to SB email - Uresti reviews and edits FW standard JVA | Yes | 1/17/2018 6:14 PM | 2/15/2018 6:14 PM |
| Def-Uresti-164 | EN to CU email NCND & NCA | Yes | 1/17/2018 6:14 PM | 2/15/2018 6:14 PM |
| Def-Uresti-165 | CU to SB email FwdItems from Meeting 8-7-14 FWL terms | Yes | 1/17/2018 6:15 PM | 2/15/2019 6:15 PM |
| Def-Uresti-167 | SB to CU GC email LOI FWL 9-18-14 | Yes | 1/17/2018 6:15 PM | 2/15/2018 6:15 PM |
| Def-Uresti-172 | CU to AM email Re FW Logistics | Yes | 1/17/2018 6:16 PM | 2/15/2018 6:16 PM |
| Def-Uresti-173 | CU AM email Fwd FWL Status-CONFIDENTIAL | Yes | 1/17/2018 6:16 PM | 2/15/2018 6:16 PM |
| Def-Uresti-176 | GH to CU email Guillermo Hoyos Fourwinds update | Yes | 1/17/2018 6:17 PM | 2/15/2018 6:17 PM |
| Def-Uresti-178 | RT AW email Comprehensive Report Stan Bates | Yes | 1/17/2018 6:17 PM | 2/15/2018 6:17 PM |
| Def-Uresti-179 | RT to GH HN email Items we discuss concerning Four Winds | Yes | 1/17/2018 6:17 PM | 2/15/2018 6:17 PM |
| Def-Uresti-180 | GH to SB email FW Guillermo and Richard | Yes | 1/17/2018 6:18 PM | 2/15/2018 6:18 PM |
| Def-Uresti-181 | GH to CU email Guillermo Hoyos Proyecto Silos FWLL | Yes | 1/17/2018 6:18 PM | 2/15/2018 6:18 PM |
| Def-Uresti-183 | GH to SV Email - RE CC FWL - 20-40 Cut Sand ISO Analysis | Yes | 1/17/2018 6:18 PM | 2/15/2018 6:18 PM |
| Def-Uresti-187 | Rosado Compliance Letter and record docs | Yes | 1/17/2018 6:19 PM | 2/15/2018 6:19 PM |
| Def-Uresti-190 | Impulsa PowerPoint | Yes | 1/17/2018 6:19 PM | 2/15/2018 6:19 PM |
| Def-Uresti-191 | FWL-MX 2040 Investment Breakdown | Yes | 1/17/2018 6:19 PM | 2/15/2018 6:19 PM |

| ID | Description | | Date 1 | Date 2 |
|---|---|---|---|---|
| Def-Uresti-192 | MOU JVA between FLL and Impulsa International FW LLC | Yes | 1/17/2018 6:20 PM | 2/15/2018 6:20 PM |
| Def-Uresti-193 | JVA FWL MX LLC | Yes | 1/17/2018 6:20 PM | 2/15/2018 6:20 PM |
| Def-Uresti-196 | LJ to SV email REVISED MX Sand Escrow with attachment | Yes | 1/17/2018 6:20 PM | 2/15/2018 6:20 PM |
| Def-Uresti-197 | SV to SB email Re Report of PO of FW-Mx | Yes | 1/17/2018 6:20 PM | 2/15/2018 6:20 PM |
| Def-Uresti-198 | SV to LJ email FW Meeting | Yes | 1/17/2018 6:20 PM | 2/15/2018 6:20 PM |
| Def-Uresti-199 | SV to LJ email Deposits | Yes | 1/17/2018 6:21 PM | 2/15/2018 6:21 PM |
| Def-Uresti-203 | SV to GC SB email Re Propossal | Yes | 1/17/2018 6:21 PM | 2/15/2018 6:21 PM |
| Def-Uresti-212 | LJ to SV email Monthly balance sheet | Yes | 1/17/2018 6:22 PM | 2/15/2018 6:22 PM |
| Def-Uresti-227 | FWL-MX Escrow | Yes | 1/17/2018 6:24 PM | 2/15/2018 6:24 PM |
| Def-Uresti-239 | EN to FWL employees email Frac Sand Fire Sale Ad | Yes | 1/17/2018 6:26 PM | 2/15/2018 6:26 PM |
| Def-Uresti-249 | SB to AM email Re Texas Silica JV | Yes | 1/17/2018 6:26 PM | 2/15/2018 6:26 PM |
| Def-Uresti-251 | SB to Bielman email FAX_Chase Bank Account Balance Summary | Yes | 1/17/2018 6:27 PM | 2/15/2018 6:28 PM |
| Def-Uresti-263 | FW MOU FLOWCHART 3 NEWCO Diagram | Yes | 1/17/2018 6:29 PM | 2/15/2018 6:29 PM |
| Def-Uresti-264 | FW MOU FLOWCHART v2 NEWCO Diagram | Yes | 1/17/2018 6:29 PM | 2/15/2018 6:29 PM |
| Def-Uresti-265 | HN to CU GH email Fwdcomisiones - Newco Commissions Plan | Yes | 1/17/2018 6:30 PM | 2/15/2018 6:30 PM |
| Def-Uresti-266 | MOU and FOUR WINDS changed document | Yes | 1/17/2018 6:30 PM | 2/15/2018 6:30 PM |
| Def-Uresti-272 | Demand Letter from Valdez DC attorney | Yes | 1/17/2018 6:31 PM | 2/15/2018 6:31 PM |
| Def-Uresti-277 | DC and SB text messages | Yes | 1/17/2018 6:31 PM | 2/15/2018 6:31 PM |
| Def-Uresti-280 | Aff. Denise Cantu. | Yes | 1/17/2018 11:42 AM | 2/15/2018 11:42 AM |
| Def-Uresti-281 | SB LJ texts - 021315-110315 redacted | Yes | 1/17/2018 6:36 PM | 2/15/2018 6:36 PM |
| Def-Uresti-282 | Eric Nelson Phone Messages | Yes | 1/17/2018 6:36 PM | 2/15/2018 6:36 PM |

| Def-Uresti-283 | Texts Bates & Smith | Yes | 1/17/2018 6:36 PM | 2/15/2018 6:36 PM |
| --- | --- | --- | --- | --- |
| Def-Uresti-289 | 2012-10-24 Cole application docum | Yes | 1/25/2018 6:38 PM | 2/15/2018 6:38 PM |
| Def-Uresti-290 | 2012-10-23 Northstar application docum | Yes | 1/25/2018 6:38 PM | 2/15/2018 6:38 PM |
| Def-Uresti-291 | 2014.06.02 notes between DC an | Yes | 1/25/2018 6:38 PM | 2/15/2018 6:38 PM |
| Def-Uresti-292 | CU to Hassay email 2014 10 09 time 1518 | Yes | 2/7/2018 6:38 PM | 2/15/2018 6:38 PM |
| Def-Uresti-293 | CU to SB SS email 2014 10 09 time 1522 | Yes | 2/7/2018 6:39 PM | 2/15/2018 6:39 PM |
| Def-Uresti-294 | SB to CU email 2014 10 09 time 1032 | Yes | 2/7/2018 6:39 PM | 2/15/2018 6:39 PM |
| Def-Uresti-295 | Summary Chart CU FWL Payments | Yes | 2/13/2018 6:39 PM | 2/15/2018 6:39 PM |
| Def-Uresti-296 | Thum and Navarrete pymts | Yes | 2/13/2018 12:00 AM | 2/15/2018 6:40 PM |