# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. SA-17-CR-381-DAE-1 |
| | * | |
| Plaintiff, | * | |
| | * | UNITED STATES DISTRICT JUDGE |
| v. | * | DAVID ALAN EZRA |
| | * | |
| CARLOS I. URESTI (1); and | * | MAGISTRATE JUDGE |
| GARY L. CAIN (2) | * | HENRY J. BEMPORAD |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER GRANTING
## DEFENDANT CARLOS L. URESTI'S MOTION FOR NEW TRIAL

On, _____, the Court considered the Defendant Carlos Uresti's Motion for New Trial (Docket No. 328), and enters the following findings:

IT IS HEREBY ORDERED that Defendant's Motion for a New Trial is GRANTED based on the findings herein and in the interest of justice.

SIGNED ON: _____.

**HONORABLE DAVID A. EZRA**
**UNITED STATES DISTRICT JUDGE**